UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; FOX SPORTS EN ESPAÑOL LLC, | : : : |
| Plaintiffs, | : : No. 1:25-cv-06703 |
| v. | : : |
| MEDIA DEPORTES MEXICO, S. de R.L. de C.V., | : **MOTION TO FILE UNDER SEAL** : : |
| Defendant. | : : |

---

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC (collectively, "Fox") brings this suit against Defendant Media Deportes Mexico ("MDM") for breach of contract, tortious interference with business relations, and trademark infringement. *See, e.g.*, Compl. ¶¶ 1-10. Concurrent with the filing of the Complaint, Fox has filed an emergency motion for a temporary restraining order and an order to show cause re: preliminary injunction. In connection with that emergency motion, Fox respectfully requests that the Court grant leave to file under seal an unredacted version, alongside a publicly-filed redacted version, of the following documents:

- Memorandum of Law in Support of Plaintiffs' Ex Parte Motion for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction ("Memorandum").

The relevant portions of the Memorandum sought to be sealed are highlighted in blue.

In addition, Fox respectfully requests that the Court grant leave to file under seal the entirety of the following documents:

- Exhibit 14 to the Declaration of Christopher T. Berg in Support of Order to Show Cause for Preliminary Injunction and Temporary Restraining Order.

3040180

Fox requests that the Court grant such sealing until MDM is afforded an opportunity to be heard on whether the documents should remain under seal. Fox does not believe that such documents are required to be filed under seal but anticipates that MDM may contend that such documents should be sealed and that the presumption of public access should be overcome because sealing is "essential to preserve higher values and is narrowly tailored to serve that interest." *Delta Air Lines, Inc. v. Bombardier, Inc.*, 462 F. Supp. 3d 354, 357 (S.D.N.Y. 2020) (quoting *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006)). Thus, in an abundance of caution, Fox respectfully requests that the Court permit Fox to file such documents under seal, with such sealing to expire the later of either 21 days after MDM's appearance in the action, or 21 days after service of process on MDM, so that MDM may be afforded an opportunity to be heard on the matter. Declaration of Stephen P. Farrelly ¶ 4; *see, e.g.*, *Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 138 (2d Cir. 2016) (district court ordered sealing of complaint with sealing to expire within 14 days of service of process, unless otherwise extended by the court); *Cisco Sys., Inc. v. Synamedia Ltd.*, 557 F. Supp. 3d 464, 476 (S.D.N.Y. 2021) (noting that complaint and exhibits were ordered sealed until defendant had appeared).

Dated: New York, New York
       August 13, 2025

Respectfully submitted,

By:  /s/Stephen P. Farrelly
Eric M. George
Katherine A. Petti, *Pro Hac Vice* forthcoming
Christopher T. Berg, *Pro Hac Vice* forthcoming
David J. Carroll, *Pro Hac Vice* forthcoming
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
egeorge@ellisgeorge.com
kpetti@ellisgeorge.com
cberg@ellisgeorge.com
dcarroll@ellisgeorge.com

Stephen P. Farrelly
ELLIS GEORGE LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, New York 10019
Telephone: (212) 413-2600
Facsimile: (212) 413-2629
sfarrelly@ellisgeorge.com

*Attorneys for Plaintiff Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC*