UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

FOX CORPORATION; FOX MEDIA LLC;
FOX SPORTS EN ESPAÑOL LLC,

                Plaintiffs,

        v.

MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,

                Defendant.

-------------------------------------------------------x

No. 1:25-cv-06703

**ORDER GRANTING MOTION TO FILE UNDER SEAL**

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC (collectively, "Fox"), has filed a motion to file under seal. The Court, having reviewed the motion and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order such sealing, hereby ORDERS that:

1. The following documents may be filed under seal alongside a publicly-filed redacted version of the same document:

- Memorandum of Law in Support of Plaintiffs' Ex Parte Motion for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction ("Memorandum").

2. The following document may be filed under seal in its entirety:

- Exhibit 14 to the Declaration of Christopher T. Berg in Support of Order to Show Cause for Preliminary Injunction and Temporary Restraining Order.

3. Such sealing shall expire the later of either 21 days after Defendant Media Deportes Mexico's appearance in the action, or 21 days after service of process on Defendant, unless otherwise ordered by the Court. The Clerk is directed to restrict access to the sealed documents the selected party viewing level.

3040233.1

Dated: New York, New York
       _____, 2025    SO ORDERED:

                                                _____