UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>Defendant. | Case No.: 1:25-cv-06703-JSR<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT** |

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español have moved for an order to show cause why Defendant Media Deportes Mexico, S. de R.L. de C.V. ("MDM") should not be held in contempt for violating the Temporary Restraining Order issued by this Court on August 14, 2025 ("Temporary Restraining Order").

Having reviewed the papers, declarations, exhibits, and memorandum of law, it is hereby

**ORDERED** that MDM shall show cause before the Honorable Jed S. Rakoff, United States District Judge, in Courtroom 14-B of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 on **9/5**, 2025 at **2** o'clock **p.**m., why:

    a.    An order for civil contempt should not be issued against MDM for failing to abide by the Temporary Restraining Order.

It is further **ORDERED** that providing a copy via electronic mail of this Order and all papers upon which it is based on or before **8/25**, 2025 at **5:00** o'clock **p.**m. shall be deemed good and sufficient service thereof.

3042856.1

It is further **ORDERED** that any opposition papers shall be filed and served on or before ~~8/28~~ 8/25, 2025, and any reply shall be filed and served on or before ~~~~ 9/3, 2025. If MDM does not file opposition papers on or before the ordered date, Plaintiffs shall not file a reply.

**IT IS SO ORDERED.**

By the Court:

Dated  8/20/25
       7:45pm.                    _____
                                  United States District Judge

3042856.1