**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>Defendant. | Case No.: 1:25-cv-06703<br><br>**[PROPOSED] ORDER MODIFYING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(B)** |

On August 14, 2025, the Court granted Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español's motion for a temporary restraining order and order to show cause for a preliminary injunction ("Temporary Restraining Order"). ECF No. 29. This Order modifies the Temporary Restraining Order as set forth below.

It is **ORDERED** that the hearing on Plaintiffs' motion for an order to show cause for a preliminary injunction, presently set for August 28, 2025, shall be rescheduled to take place in person before the Honorable Jed S. Rakoff, United States District Judge, in Courtroom 14-B of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 on September 5, 2025 at 2:00 p.m. Eastern Standard Time.

It is further **ORDERED** that the briefing deadlines set by the Court's August 14, 2025 Order are modified as follows: any opposition papers shall be filed and served on or before August 25, 2025, and any reply shall be filed and served on or before September 3, 2025. If Defendant does not file opposition papers on or before the ordered date, Plaintiffs shall not file a reply. If Defendant does not enter an appearance by September 3, 2025, the Court will consider Plaintiffs' request for a preliminary injunction on the papers already submitted to the Court

without the need for an evidentiary hearing. In that event, Plaintiffs need not present witness testimony or introduce documentary evidence at the hearing on September 5, 2025. However, counsel for Plaintiffs shall nevertheless appear at the hearing set for September 5, 2025 to address any issues and answer any questions the Court may have.

It is further **ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(b)(2) and for good cause shown for the reasons stated on the record at the August 20, 2025 hearing before the Court, the Temporary Restraining Order shall remain in effect until September 5, 2025.

It is further **ORDERED** that the following procedures will be used for the preliminary injunction hearing:

a. The Parties shall exchange the exhibits each Party proposes to introduce at the hearing and a list of witnesses who will testify at the hearing on or before August 28, 2025. The parties shall exchange any objections to the proposed exhibits and/or witness lists on or before August 29, 2025, and shall meet and confer regarding those objections on or before September 1, 2025. The Parties shall submit exhibit lists and witness lists, noting any objections that have not been resolved via meet-and-confer, to the Court via ECF on or before September 2, 2025.

i. The parties need not disclose exhibits that will be used solely for impeachment in advance of the hearing.

ii. The witness lists submitted to the Court shall indicate the likely order in which each Party anticipates each witness will appear at the hearing and the approximate time needed for each witness's testimony.

b. The Parties shall exchange any demonstratives to be used at the hearing on or before September 1, 2025. The Parties shall exchange any objections to the proposed

demonstrative evidence on or before 5:00 p.m. Eastern Standard Time on September 2, 2025, and shall meet and confer regarding those objections on or before 5:00 p.m. Eastern Standard Time on September 3, 2025. The Parties shall submit demonstrative evidence, noting any objections that have not been resolved via meet-and-confer, to the Court via ECF on or before 2:00 p.m. Eastern Standard Time on September 4, 2025.

c. The Parties shall submit any factual stipulations and any other stipulations regarding procedural or evidentiary matters on which the Parties have reached agreement on or before 2:00 p.m. Eastern Standard Time on September 4, 2025.

d. The Parties shall submit electronic copies and three (3) paper copies of all exhibits to the Court's chambers, and to the court reporter assigned to the hearing via electronic mail, on or before 2:00 p.m. Eastern Standard Time on September 4, 2025. Exhibits to be used solely for impeachment need not be submitted in advance of the hearing.

e. Plaintiffs shall arrange for a Spanish-language translator to be present at the hearing for use by any witness who needs translation services.

f. The Court shall permit the Parties to call rebuttal witnesses. Rebuttal witnesses need not be disclosed in advance of the hearing.

g. The Court shall permit the Parties to introduce documentary exhibits into evidence without a witness, unless the proposed exhibit is subject to an evidentiary objection by the opposing Party.

h. The Court shall not require documentary exhibits to be authenticated by a witness before admitting such exhibits into evidence unless an exhibit is subject to an authentication objection by the opposing Party.

i. The Court shall permit redirect testimony of witnesses following cross-examination.

j. The Court shall permit each Party to make an opening and closing statement subject to a ten (10) minute limit for each. The Court shall permit the use of demonstratives in opening and closing statements.

It is further **ORDERED** that Plaintiffs shall be permitted to file with the Court via ECF amended declarations containing certified translations of any exhibit already submitted in relation to the Temporary Restraining Order or to Plaintiffs' motion for an order to show cause why Defendant should not be held in contempt, but Plaintiffs shall not be required to do so.

It is further **ORDERED** that providing a copy via electronic mail of this Order to Defendant or Defendant's counsel on or before August 25, 2025 shall be deemed good and sufficient service thereof.

**IT IS SO ORDERED.**

By the Court:

August 20, 2025
6:33 p.m.
Dated

Jed S. Rakoff
United States District Judge

3043243.1