UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
FOX CORPORATION, et al.,

        Plaintiffs,

    -v-                                          25-cv-6703 (JSR)

MEDIA DEPORTES MEXICO, S. de R.L. de             ORDER
C.V.,

        Defendant.
```

JED S. RAKOFF, U.S.D.J.:

On August 20, 2025, the Court issued an Order requiring defendant Media Deportes Mexico, S. de R.L. de C.V. ("MDM") to show cause why it should not be held in contempt for violating a Temporary Restraining Order that the Court issued on August 14, 2025. See ECF Nos. 38 (Order to Show Cause), 29 (Temporary Restraining Order). Also on August 20, 2025, the Court issued a separate Order modifying the August 14, 2025, Temporary Restraining Order. See ECF No. 39. As relevant here, that second Order set a briefing schedule under which MDM's answering papers regarding plaintiffs' proposed preliminary injunction would be due on August 25, 2025; scheduled a hearing on plaintiffs' application for a preliminary injunction for September 5, 2025; indicated that the Court would consider plaintiffs' application on the papers and arguments of counsel -- that is, without holding an evidentiary hearing -- if MDM did not enter an appearance by September 3, 2025; and directed the parties to make certain disclosures to one another beginning on August 28, 2025. See id. at 1-4.

1

On August 27, 2025, plaintiffs' counsel informed the Court that, on August 21, 2025, plaintiffs served both of the Court's August 20, 2025, orders on counsel for MDM, via electronic mail, and that plaintiffs' counsel had received no response from counsel for MDM, either to that communication or to an August 26, 2025, email in which plaintiffs' counsel inquired whether counsel for MDM intended to appear at the September 5, 2025, hearing.

In view of MDM's lack of response, plaintiffs' counsel requested that the Court modify its previous orders to (1) provide that the Court would not hold an evidentiary hearing on September 5, 2025, and would instead decide plaintiffs' application for a preliminary injunction based on the papers and arguments of counsel, as well as (2) vacate the provisions requiring the parties to disclose materials in advance of the previously contemplated evidentiary hearing.

The Court hereby grants plaintiffs' application. The Court's Order of August 20, 2025, concerning plaintiffs' application for a preliminary injunction, ECF No. 39, is hereby modified to the extent that the Court will not hold an evidentiary hearing on September 5, 2025. Counsel shall nevertheless appear at the date and time set for that hearing to answer any questions that the Court may have regarding plaintiffs' application for a preliminary injunction.

Further, all provisions in the Court's Order concerning procedures for the previously contemplated evidentiary hearing, including but not limited to those provisions requiring disclosures

between the parties or submissions to the Court between now and September 5, 2025, are hereby vacated.

SO ORDERED.

New York, New York
August 27, 2025

JED S. RAKOFF, U.S.D.J.