UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. DE C.V.,<br><br>Defendant. | Case No.: 1:25-cv-6703-JSR<br><br>[PROPOSED] ORDER MODIFYING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(B) |

JSR

On August 14, 2025, the Court granted Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español's motion for a temporary restraining order and order to show cause for a preliminary injunction ("Temporary Restraining Order"). ECF No. 29. The Court modified the Temporary Restraining Order on August 20 and 27, 2025. ECF Nos. 38 and 40. The Court hereby further modifies the Temporary Restraining Order as follows:

It is **ORDERED** that Defendant shall show cause before a motion term of this Court, at Room 12-B, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on September 5, 2025, at 2 p.m. thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure granting Plaintiffs a preliminary injunction and restraining Defendant, its agents, employees, attorneys, and any persons in active concert or participation with it, from doing the following:

(1) using any trademark containing the word "Fox" in Mexico;

(2) using any trademark containing the word "Fox" in the United States;

(3) pursuing any legal or regulatory action relating to any trademark containing the word "Fox" in Mexico, including seeking to enforce the injunction issued on March 26, 2025 by Civil

3046819.1

Department 42 of the Superior Court of Justice of Mexico City and seeking to enforce the injunction issued on August 27, 2025 (published on August 28, 2025) by Civil Department 42 of the Superior Court of Justice of Mexico City; and

    (4) taking any action to disrupt, hinder, or undermine Fox's business relationships with Audiovisuales Media Pro Mexico, S.A. de C.V. (MEXICO) ("MediaPro"), Telefonía por Cable S.A. de C.V., Cablemas Telecommunications S.A. de C.V., Total Play Telecommunications S.A.P.I.D, Amazon.com Services LLC, Corporación Novavisión S. de RL de C.V., Claro Video LLC, Grupo W COM S.A. de C.V., Apple Store LLC, Google Store LLC, Stripe LLC, ROKU LLC, Radio Movil Dipsa S.A. de C.V., Libros Foráneos S.A. de C.V., Soccer Media Solutions S.A. de C.V., Next Natal S.A.P.I de C.V., or Wis Master Mexico S.A. de C.V.

    It is further **ORDERED** that, sufficient reason having been shown therefor, pending the hearing of Plaintiffs' application for a preliminary injunction, Defendant and anyone acting in concert with Defendant are restrained from:

    (1) using any trademark containing the word "Fox" in Mexico;

    (2) using any trademark containing the word "Fox" in the United States;

    (3) pursuing any legal or regulatory action relating to any trademark containing the word "Fox" in Mexico, including seeking to enforce the injunction issued on March 26, 2025 by Civil Department 42 of the Superior Court of Justice of Mexico City and seeking to enforce the injunction dated August 27, 2025 (published on August 28, 2025) by Civil Department 42 of the Superior Court of Justice of Mexico City; and

    (4) taking any action to disrupt, hinder, or undermine Fox's business relationships with Audiovisuales Media Pro Mexico, S.A. de C.V. (MEXICO) ("MediaPro"), Telefonía por Cable S.A. de C.V., Cablemas Telecommunications S.A. de C.V., Total Play Telecommunications

S.A.P.I.D, Amazon.com Services LLC, Corporación Novavisión S. de RL de C.V., Claro Video LLC, Grupo W COM S.A. de C.V., Apple Store LLC, Google Store LLC, Stripe LLC, ROKU LLC, Radio Movil Dipsa S.A. de C.V., Libros Foráneos S.A. de C.V., Soccer Media Solutions S.A. de C.V., Next Natal S.A.P.I de C.V., or Wis Master Mexico S.A. de C.V.

It is further **ORDERED** that Plaintiffs are authorized by this Court to provide notice of this temporary restraining order, and any other orders of this Court, to the following: Audiovisuales Media Pro Mexico, S.A. de C.V. (MEXICO) ("MediaPro"), Telefonía por Cable S.A. de C.V., Cablemas Telecommunications S.A. de C.V., Total Play Telecommunications S.A.P.I.D, Amazon.com Services LLC, Corporación Novavisión S. de RL de C.V., Claro Video LLC, Grupo W COM S.A. de C.V., Apple Store LLC, Google Store LLC, Stripe LLC, ROKU LLC, Radio Movil Dipsa S.A. de C.V., Libros Foráneos S.A. de C.V., Soccer Media Solutions S.A. de C.V., Next Natal S.A.P.I de C.V., Wis Master Mexico S.A. de C.V., and any other business or entity that currently does business or has done business in the past with Defendant or its affiliates, subsidiaries, or parents relating to sports content in Mexico.

It is further **ORDERED** that providing a copy via electronic mail of this Order to Defendant or Defendant's counsel on or before September 1, 2025 shall be deemed good and sufficient service thereof.

**IT IS SO ORDERED.**

New York, NY

8/29/25
Dated at 10:32 am

By the Court:

_____
United States District Judge
Hon. Jed S. Rakoff

3046819.1