UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>Defendant. | Case No.: 1:25-cv-06703<br><br>**ORDER HOLDING DEFENDANT MEDIA DEPORTES MEXICO IN CONTEMPT** |

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español have moved for emergency relief to hold Defendant Media Deportes Mexico, S. de R.L. de C.V. ("MDM") in civil contempt for violating the Temporary Restraining Order issued by this Court on August 14, 2025 ("Temporary Restraining Order").

Having reviewed the submissions and evidence and after holding a telephonic hearing concerning this application earlier today, the Court finds that MDM has clearly acted in civil contempt of the Temporary Restraining Order by refusing to cease using the trademarks identified in the Temporary Restraining Order and by pursuing the injunction dated August 27, 2025 by the Civil Department 42 of the Superior Court of Justice of Mexico City (the "August 27, 2025 Mexico Injunction").

Accordingly, it is **ORDERED** that the Court hereby imposes civil contempt sanctions against MDM by imposing a fine of $200,000 per day to be paid daily to the Clerk of the Court of the Southern District of New York beginning September 6, 2025, and continuing each day thereafter until MDM (1) ceases using the trademarks identified in the Temporary Restraining Order and (2) withdraws the August 27, 2025 Mexico Injunction. MDM will be jointly and

severally liable for this fine with any other contemnors the Court finds to have violated the Temporary Restraining Order.

MDM may present any opposition to this Order by having counsel appear in person at the hearing already scheduled for September 5, 2025, at 2 p.m. Eastern Time in Courtroom 14B, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York.

**IT IS SO ORDERED.**

New York, NY

By the Court:

___8/29/25___
Dated at 1:10 pm

_____
United States District Judge
Hon. Jed S. Rakoff