**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; FOX SPORTS EN ESPAÑOL LLC,<br><br>                    Plaintiffs,<br><br>          v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>                    Defendant. | Case No.: 1:25-cv-06703 |

**DECLARATION OF JAIME DORENBAUM IN SUPPORT OF MOTION UNDER**

**FED. R. CIV. P. 12(b)(2) AND 12(b)(5) TO SET ASIDE THE CONTEMPT ORDER**

Pursuant to 28 U.S. § 1746, I, Jaime Dorenbaum, declare as follows:

1.     I am attorney at Nassiri & Jung LLP, counsel of record for Mexico Sports Distribution LLC ("MSD") in *Fox Cable Network Services LLC et al. v. Grupo Lauman Holding, S. de R.L. de C.V. et al.*, Case No. l 2:25-cv-02444-JFW-AS, which is pending before the Central District of California.

2.     I submit this declaration in support of MSD's Motion Pursuant to Federal Rules of Civil Procedure 12(b)(2) and (5) To Set Aside Contempt Order. I have personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

3.      I have reviewed the declaration of Carlos Martinez in support of Plaintiffs'

Application for a Temporary Restraining Order. Filed herewith as **Exhibit A1** is a true and

correct copy of the entire 2019 IFT resolution containing the excerpts that Mr. Martinez attaches

as Exhibit 32 to his declaration, filed in four parts due to file size limitations. An uncertified

machine-generated translation of **Exhibit A1** created using Google Translate is attached in four

parts due to file size limitations as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Dated: September 5, 2025

Jaime Dorenbaum
NASSIRI & JUNG LLP
1700 Montgomery Street, Suite 207
San Francisco, California 94111
(415) 762-3100
jaime@njfirm.com
*Attorney for Mexico Sports Distribution LLC*

2