UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
FOX CORPORATION, et al.,

        Plaintiffs,

    -v-                                      25-cv-6703 (JSR)

MEDIA DEPORTES MEXICO, S. de R.L. de         ORDER
C.V.,

        Defendant.
```

JED S. RAKOFF, U.S.D.J.:

On August 29, 2025, the Court entered an Order holding non-parties Mexico Sports Distribution LLC, Grupo Lauman Holding, S. de R.L. de C.V. ("Grupo Lauman"), and Manuel Arroyo in civil contempt for violating the Temporary Restraining Order that the Court entered on August 14, 2025. See ECF No. 45.

In order to consider further submissions by plaintiffs' counsel, the Court hereby stays, until the close of business on September 9, 2025, the effectiveness of its August 29, 2025, Order as to Grupo Lauman and Arroyo.

The Court hereby directs plaintiffs' counsel to provide a copy of this Order by electronic mail to Grupo Lauman and Arroyo, or their counsel, on or before September 8, 2025, which shall be deemed good and sufficient service hereof.

SO ORDERED.

New York, New York
September 5, 2025                            _____
                                             JED S. RAKOFF, U.S.D.J.

1