UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOX CORPORATION, et al.,

    Plaintiffs,

-v-

MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,

    Defendant.

25-cv-6703 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On August 29, 2025, the Court entered an Order holding non-parties Mexico Sports Distribution LLC ("MSD"), Grupo Lauman Holding, S. de R.L. de C.V., and Manuel Arroyo in civil contempt for violating the Temporary Restraining Order that the Court entered on August 14, 2025. See ECF No. 45. On September 5, 2025, MSD appeared in this action, through counsel, and moved to set aside the Court's August 29, 2025, Order as to it. See ECF No. 46.

    The Court hereby stays the effectiveness of its August 29, 2025, Order as to MSD. The Court will hold an evidentiary hearing and hear oral argument on MSD's motion at 2:00 p.m. on September 18, 2025, in Courtroom 14B of the United States Courthouse, 500 Pearl Street, New York, New York. Any further papers in support of MSD's motion are due on September 12, 2025, and any papers in opposition to MSD's motion are due on September 16, 2025.

    SO ORDERED.

New York, New York
September 5, 2025

                                    JED S. RAKOFF, U.S.D.J.

1