UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────────┐
│ FOX CORPORATION, et al.,                 │
│                                          │
│            Plaintiffs,                   │
│                                          │
│     -v-                                  │
│                                          │
│ MEDIA DEPORTES MEXICO, S. de R.L. de     │
│ C.V.,                                    │
│                                          │
│            Defendant.                    │
└─────────────────────────────────────────┘
```

25-cv-6703 (JSR)

ORDER GRANTING
PRELIMINARY
INJUNCTION

JED S. RAKOFF, U.S.D.J.:

On August 14, 2025, the Court entered a Temporary Restraining Order prohibiting defendant Media Deportes Mexico, S. de R.L. de C.V. ("MDM") from (1) using certain "Fox Sports Trademarks" in Mexico; (2) using certain U.S.-registered trademarks relating to Fox Sports in the United States; (3) pursuing legal or regulatory action relating to the Fox Sports Trademarks in Mexico; and (4) taking any action to disrupt, hinder, or undermine plaintiffs' business relationships with certain entities. See ECF No. 29. The Court subsequently modified that Temporary Restraining Order to specifically prohibit MDM from seeking to enforce an injunction issued on August 27, 2025, by Civil Department 42 of the Superior Court of Justice of Mexico City. See ECF No. 41.

When the Court entered the Temporary Restraining Order, it also ordered MDM to show cause why an Order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure granting plaintiffs a preliminary injunction. See ECF No. 29. MDM has not, however, appeared or filed any opposing papers in this action.

1

On September 5, 2025, the Court held a hearing on plaintiffs' application for a preliminary injunction. Having reviewed the papers, declarations, exhibits, and memorandum of law filed by plaintiffs, and having considered the arguments of counsel, the Court hereby grants plaintiffs' application.

Accordingly, the Court hereby enjoins MDM, its agents, employees, attorneys, and any persons in active concert or participation with it, from doing the following during the pendency of this litigation:

(1) using the "Fox Sports Trademarks," as that term is defined in the Temporary Restraining Order, in Mexico;

(2) using the "U.S. Fox Sports marks," as that term is defined in the Temporary Restraining Order, in the United States;

(3) pursuing any legal or regulatory action relating to any trademark containing the word "Fox" in Mexico, including seeking to enforce the injunction issued on March 26, 2025, by Civil Department 42 of the Superior Court of Justice of Mexico City and seeking to enforce the injunction dated August 27, 2025 (published on August 28, 2025) by Civil Department 42 of the Superior Court of Justice of Mexico City; and

(4) taking any action to disrupt, hinder, or undermine plaintiffs' business relationships with Audiovisuales Media Pro Mexico, S.A. de C.V. (MEXICO) ("MediaPro"), Telefonía por Cable S.A. de C.V., Cablemas Telecommunications S.A. de C.V., Total Play Telecommunications S.A.P.I.D., Amazon.com Services LLC, Corporación Novavisión S. de R.L.

de C.V., Claro Video LLC, Grupo W COM S.A. de C.V., Apple Store LLC, Google Store LLC, Stripe LLC, ROKU LLC, Radio Movil Dipsa S.A. de C.V., Libros Foráneos S.A. de C.V., Soccer Media Solutions S.A. de C.V., Next Natal S.A.P.I. de C.V., or Wis Master Mexico S.A. de C.V.

The Court hereby orders that plaintiffs are authorized to provide notice of this Order to Audiovisuales Media Pro Mexico, S.A. de C.V. (MEXICO) ("MediaPro"), Telefonía por Cable S.A. de C.V., Cablemas Telecommunications S.A. de C.V., Total Play Telecommunications S.A.P.I.D., Amazon.com Services LLC, Corporación Novavisión S. de R.L. de C.V., Claro Video LLC, Grupo W COM S.A. de C.V., Apple Store LLC, Google Store LLC, Stripe LLC, ROKU LLC, Radio Movil Dipsa S.A. de C.V., Libros Foráneos S.A. de C.V., Soccer Media Solutions S.A. de C.V., Next Natal S.A.P.I. de C.V., or Wis Master Mexico S.A. de C.V. and any other business or entity that currently does business or has done business in the past with MDM or its affiliates, subsidiaries, or parents relating to sports content in Mexico.

The Court further hereby orders plaintiffs to provide a copy of this Order by electronic mail to MDM or its counsel on or before September 8, 2025, which shall be deemed good and sufficient service hereof.

SO ORDERED.

New York, New York
September 5, 2025

JED S. RAKOFF, U.S.D.J.