UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>Defendant. | Case No.: 1:25-cv-06703-JSR<br><br>**MOTION TO FILE UNDER SEAL** |

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC (collectively, "Fox") brings this suit against Defendant Media Deportes Mexico ("MDM") for breach of contract, tortious interference with business relations, and trademark infringement. *See, e.g.*, ECF No. 1. Fox has previously filed, and the Court has granted, emergency motions for contempt against MDM and non-parties Manuel Arroyo, Mexico Sports Distribution LLC, and Grupo Lauman Holding. ECF Nos. 44 & 45. A hearing on those motions was held on September 5, 2025.

In connection with the Court's invitation to Plaintiffs to further support the aforementioned emergency motions, Fox seeks to file under seal an unredacted copy of the September 5, 2025 Declaration of Carlos Martinez in Support of Plaintiffs' Request to Modify the Contempt Orders Against MDM and Non-Parties Grupo Lauman Holding, Mexico Sports Distribution LLC, and Manuel Arroyo, along with a publicly-accessible partially-redacted version. Fox requests that the Court grant such sealing until MDM and Mexico Sports Distribution LLC are afforded an opportunity to be heard on whether the unredacted declaration should remain under seal. Fox does not believe that the information contained in the declaration is required to be filed under seal, but anticipates that MDM or Mexico Sports Distribution LLC

3049085

may contend that such document should be sealed and that the presumption of public access should be overcome because sealing is "essential to preserve higher values and is narrowly tailored to serve that interest." *Delta Air Lines, Inc. v. Bombardier, Inc.*, 462 F. Supp. 3d 354, 357 (S.D.N.Y. 2020) (quoting *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006)).  Thus, in an abundance of caution, Fox respectfully requests that the Court permit Fox to file the unredacted Declaration of Carlos Martinez in Support of Plaintiffs' Request to Modify the Contempt Orders Against MDM and Non-Parties Grupo Lauman Holding, Mexico Sports Distribution LLC, and Manuel Arroyo partially under seal, with such sealing to expire 21 days after MDM's appearance in the action, so that MDM and Mexico Sports Distribution LLC may be afforded an opportunity to be heard on the matter.  Declaration of Christopher T. Berg ¶ 4; *see, e.g.*, *Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 138 (2d Cir. 2016) (district court ordered sealing of complaint with sealing to expire within 14 days of service of process, unless otherwise extended by the court); *Cisco Sys., Inc. v. Synamedia Ltd.*, 557 F. Supp. 3d 464, 476 (S.D.N.Y. 2021) (noting that complaint and exhibits were ordered sealed until defendant had appeared).

Dated: New York, New York
September 8, 2025

Respectfully submitted,

ELLIS GEORGE LLP

By:   */s/Christopher T. Berg*
      Eric M. George
      Katherine A. Petti, *Pro Hac Vice*
      Christopher T. Berg, *Pro Hac Vice*

2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone:  (310) 274-7100
Facsimile:  (310) 275-5697

egeorge@ellisgeorge.com
kpetti@ellisgeorge.com
cberg@ellisgeorge.com

Stephen P. Farrelly
ELLIS GEORGE LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, New York 10019
Telephone:  (212) 413-2600
Facsimile:  (212) 413-2629
sfarrelly@ellisgeorge.com

*Attorneys for Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC*

## **CERTIFICATE OF COMPLIANCE**

I, Christopher T. Berg, an attorney duly admitted Pro Hac Vice to practice in the Southern District of New York herby certify that this memorandum is no longer than 25-double spaced pages and the text and footnotes are in 12 point type, which complies with Judge Rakoff's Rule 2(e).

Executed this 8th day of September 2025 in Los Angeles, California.

*/s/Christopher T. Berg*
Christopher T. Berg
