UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>Defendant. | Case No.: 1:25-cv-06703-JSR<br><br>**DECLARATION OF CHRISTOPHER T. BERG IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL** |

3049084

I, Christopher T. Berg, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner with Ellis George LLP, attorneys for Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC (collectively, "Fox"). I submit this declaration in support of Fox's Motion to File Under Seal. I am over 18 years of age. I have personal knowledge of the facts in this declaration, and I am competent to testify to the facts set forth below.

2.      On September 5, 2025, the Court held a hearing in connection with Fox's request for preliminary injunction and the Court's contempt orders issued against Defendant Media Deportes Mexico ("MDM") and non-parties acting in concert with MDM  *See* ECF Nos. 44 & 45. Fox seeks to file partially under seal an unredacted version of the September 5, 2025 Declaration of Carlos Martinez in Support of Plaintiffs' Request to Modify the Contempt Orders Against MDM and Non-Parties Grupo Lauman Holding, Mexico Sports Distribution LLC, and Manuel Arroyo, alongside a publicly-accessible redacted version.

3.      Fox requests that the Court grant the motion to seal until MDM and Mexico Sports Distribution LLC are afforded an opportunity to be heard on whether the unredacted declaration should remain under seal. Fox does not believe that the information contained in the declaration is required to be filed under seal but anticipates that MDM or Mexico Sports distribution LLC may contend that such document should be sealed. Thus, in an abundance of caution, Fox respectfully requests that the Court permit Fox to file the unredacted September 5, 2025 Declaration of Carlos Martinez in Support of Plaintiffs' Request to Modify the Contempt Orders Against MDM and Non-Parties Grupo Lauman Holding, Mexico Sports Distribution LLC, and Manuel Arroyo under seal, with such sealing to expire 21 days after MDM's appearance in the action, so that MDM and Mexico Sports Distribution LLC may be afforded an

opportunity to be heard on the matter.

4. I sent the following documents via electronic mail to Defendant and Mexico Sports Distribution LLC's Mexico Litigation counsel (Carlos D. Villasante Santoyo, cvillasante@villasante-freyman.com; Rogelio Arturo Islas Perez, rislas@villasante-freyman.com; Mireya Martinez Gomez, mmartinez@villasante-freyman.com; Alan Said Lopez Rios, alopez@villasante-freyman.com; and Paulo Diez Gargari, pdiez@dgt.com.mx); U.S.-based counsel for Mexico Sports Distribution LLC (Kassra Nassiri, kass@njfirm.com, and Jaime Dorenbaum, Jaime@njfirm.com); and Manuel Arroyo (marroyo@comtelsat.com.mx) on September 8, 2025:

- Motion to File Under Seal;

- Declaration of Christopher T. Berg in Support of Plaintiffs' Motion to File Under Seal;

- Proposed Order Granting Motion to File Under Seal;

- Unredacted and redacted versions of the Declaration of Carlos Martinez to Modify the Contempt Orders Against Media Deportes Mexico and Non-Parties Grupo Lauman Holding, Mexico Sports Distribution LLC, and Manuel Arroyo.

Dated: New York, New York
      September 8, 2025             */s/Christopher T. Berg*
                                         Christopher T. Berg