# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>Defendant. | Case No.: 1:25-cv-06703-JSR<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL** |

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC (collectively, "Fox"), have filed a motion to file under seal. The Court, having reviewed the motion and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order such sealing, hereby **ORDERS** that:

1. An unredacted version of the following document may be filed partially under seal alongside a publicly-filed redacted version of the same document:

   - Declaration of Carlos Martinez in Support of Plaintiffs' Request to Modify Contempt Orders Against Media Deportes Mexico and Non-Parties Grupo Lauman Holding, Mexico Sports Distribution LLC, and Manuel Arroyo

2. Such sealing shall expire 21 days after Defendant's appearance in the action, unless otherwise ordered by the Court. The Clerk is directed to restrict access to the sealed document to the selected party viewing level.

Dated: New York, New York
_____, 2025    SO ORDERED:

_____
United States District Judge

3049086.3