# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

FOX CORPORATION; FOX MEDIA LLC;

FOX SPORTS EN ESPAÑOL LLC,

                  Plaintiffs,

          v.

MEDIA DEPORTES MEXICO, S. de R.L.

de C.V.,

                  Defendant.

Case No.: 1:25-cv-06703

**SUPPLEMENTAL DECLARATION OF JAIME DORENBAUM IN SUPPORT OF**

**MOTION UNDER FED. R. CIV. P. 12(b)(2) AND 12(b)(5) TO SET ASIDE THE**

**CONTEMPT ORDER**

Pursuant to 28 U.S. § 1746, I, Jaime Dorenbaum, declare as follows:

1.      I am attorney at Nassiri & Jung LLP, counsel of record for Mexico Sports Distribution LLC ("MSD") in *Fox Cable Network Services LLC et al. v. Grupo Lauman Holding, S. de R.L. de C.V. et al.*, Case No. l 2:25-cv-02444-JFW-AS, which is pending before the Central District of California.

2.      I submit this declaration in support of MSD's Supplemental Briefing for its Motion Pursuant to Federal Rules of Civil Procedure 12(b)(2) and (5) To Set Aside Contempt

Order. I have personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

3.      Attached hereto as **Exhibit 1** is an uncertified machine generated translation of the Declaration of Mony Sacha de Swaan Addati using Google Translate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 12, 2025

Jaime Dorenbaum
NASSIRI & JUNG LLP
1700 Montgomery Street, Suite 207
San Francisco, California 94111
(415) 762-3100
jaime@njfirm.com
*Attorney for Mexico Sports Distribution LLC*

2