**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC;<br>FOX SPORTS EN ESPAÑOL LLC,<br>Plaintiffs,<br>v.<br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br>Defendant. | Case No.: 1:25-cv-06703 |

**DECLARATION OF GABRIEL LOPEZ CAMACHO IN SUPPORT OF MOTION UNDER FED. R. CIV. P. 12(b)(2) AND 12(b)(5) TO SET ASIDE THE CONTEMPT ORDER**

I, Gabriel López Camacho, declare as follows:

1. I am the Chief Financial Officer (CFO) of Mexico Sports Distribution, LLC, a position I have held since November 12, 2024. Prior to my appointment as CFO, I served as the Strategic Planning Director of MSD from August 2023, where I was responsible for designing and overseeing the company's medium- and long-term financial strategies. In my current role, I am responsible for overseeing the financial management of the company. I submit this declaration in support of MSD's Motion Pursuant to Federal Rules of Civil Procedure 12(b)(2) and (5) To Set Aside Contempt Order. I have personal knowledge of the matters set forth below,

and, if called to testify, would and could testify competently thereto.

2. As part of my corporate responsibilities, I have personal knowledge of key facts relevant to MSD's financial situation, including any resolutions issued by regulatory authorities that may impact MSD's financial situation, as well as any legal proceedings to which MSD is a party. My involvement in monitoring the financial impact of regulatory resolutions and legal proceedings gives me direct knowledge of these matters. This knowledge is essential for accurately assessing MSD's financial position.

3. Also, in order to execute my duties as MSD's CFO, I have knowledge of and access to MSD's business records.

4. MSD is a Delaware company with an office at 357 Almeria Avenue, No. 101, Coral Gables, Florida 33124. MSD's address is an office used by Carlos Martinez.

5. MSD does not conduct business in New York.

6. I have reviewed the declaration of Carlos Martinez in support of Plaintiffs' Application for a Temporary Restraining Order at ECF No. 1. Filed herewith as **Exhibit A1** is a true and correct copy of the entire 2019 Instituto Federal de Telecomunicaciones ("IFT") resolution containing the excerpts that Mr. Martinez attaches as Exhibit 32 to his declaration, filed in four parts due to file size limitations. An uncertified machine-generated translation of **Exhibit A1** created using Google Translate is filed in four parts due to file size limitations as **Exhibit A**. While this translation may include errors, I attach it here for the Court's convenience. Also, a certified translation of excerpts of **Exhibit A1** is filed as **Exhibit A2**.

7. On February 12, 2025, MSD's parent company received correspondence from the IFT, which included demands for information. Filed herewith as **Exhibit B1** is a true and correct copy of a letter from the IFT dated February 12, 2025. A certified translation of excerpts of

**Exhibit B1** is filed herewith as **Exhibit B2**. An uncertified machine-generated translation of **Exhibit B1** created using Google Translate is filed as **Exhibit B**. While this translation may include errors, I attach it here for the Court's convenience.

8. On October 9, 2021, MSD's parent company, Grupo Lauman received a copy of a letter via email on behalf of The Walt Disney Company to Izzi, a cable operator in Mexico. A true and correct copy of that email and attached letter is attached as **Exhibit C1**. An uncertified machine translated version of the letter created using Google Translate is attached as **Exhibit C**. While this translation may include errors, I attach it here for the Court's convenience. A certified translation of excerpts the letter is attached as **Exhibit C2**.

9. Filed herewith as **Exhibit D1** is a true and correct copy of MSD's request for an injunction against Fox Corporation, Fox Media LLC, and Fox Cable Network Services LLC dated March 26, 2025. A certified translation of **Exhibit D1** is filed herewith as **Exhibit D**.

10. Filed herewith as **Exhibit E1** is a true and correct copy of the order granting is MSD's request for injunction. A certified translation of **Exhibit E1** is filed herewith as **Exhibit E**.

11. Filed herewith as **Exhibit F1** is a true and correct copy of Grupo Lauman Holding, S. de R.L. de C.V.'s complaint to the IFT dated August 28, 2025. A certified translation of **Exhibit F1** is attached hereto as **Exhibit F**.

12. Filed herewith as **Exhibit G1** is a true and correct copy of MSD's request for an extension of the March 26, 2025 injunction. A certified translation of **Exhibit G1** is filed as **Exhibit G**.

13. Filed herewith as **Exhibit H1** is a true and correct copy of the order on appeal rejecting the appeal filed by a wholly owned subsidiary of Fox Corporation, and affirming the

March 26, 2025 injunction. An uncertified machine-generated translation of **Exhibit H1** created using Google Translate is filed as **Exhibit H.** While this translation may include errors, I attach it here for the Court's convenience.

14. Filed herewith as **Exhibit I1** is a request for contempt filed by Fox Cable Network Services LLC and Tubi, Inc. in the Superior Court of Justice for Mexico City. An uncertified machine-generated translation of **Exhibit I1** created using Google Translate is filed as **Exhibit I**. While this translation may include errors, I attach it here for the Court's convenience.

15. Filed herewith as **Exhibit J1** is a true and correct copy of the Daily Notices published by the Instituto Federal de Telecomunicaciones ("IFT"), dated September 9, 2025, and available at https://www.ift.org.mx/sites/default/files/industria/notificacionesdiarias/unidad-de-competencia-economica/2025/09/lista09092025.pdf. An uncertified machine-generated translation of **Exhibit J1** created using Google Translate is filed as **Exhibit J**. While this translation may include errors, I attach it here for the Court's convenience.

16. Filed herewith as **Exhibit K** is a true and correct copy of MSD's current Amended and Restated Limited Liability Company Agreement.

17. Filed herewith as **Exhibit L** is a true and correct copy of a record from the Florida Secretary of State for Biztorm, Inc. dated February 6, 2025, which lists Carlos Martinez as its registered agent and lists his address at 357 Almeria Avenue, No. 101, Coral Gables, Florida 33124.

18. Filed herewith as **Exhibit M** is a true and correct copy of a record from the Florida Secretary of State for Futvox Holdings, LLC dated February 6, 2025, which lists Carlos

Martinez as its registered agent and lists his address at 357 Almeria Avenue, No. 101, Coral Gables, Florida 33124.

19. Filed herewith as **Exhibit N** is a true and correct copy of a record from the Florida Secretary of State for Formula America Internacional, LLC dated April 7, 2025, which lists Carlos Martinez as its registered agent and lists his address at 357 Almeria Avenue, No. 101, Coral Gables, Florida 33124.

20. Filed herewith as **Exhibit O** is a true and correct copy of a letter sent to Fox Corporation on June 24, 2025 on behalf of MSD's parent company, Grupo Lauman Holding, S. de R.L. de C.V.

21. The following allegations, made on information and belief, have either already been presented or will be presented to Mexican courts by MSD and other interested parties.

a. Fox has engaged in a scheme to seize the assets of the Fox Sports Mexico business without payment.

b. Under the guise of a proposed acquisition, Fox used its leverage to strip Fox Sports Mexico from the inside. Acting through a Fox executive who is simultaneously a director of MSD—Carlos Martínez—Fox instructed Fox Sports Mexico's debtors to delay payments and then divert them directly to Fox.

c. At the same time, Fox induced the Fox Sports Mexico to forgo all outside financing as a supposed condition of the deal, ensuring its target was financially weakened.

d. As a direct result of being denied financing and stripped of its revenue, Fox Sports Mexico was forced into late payments to its content providers. Having

inflicted this harm, Fox abandoned the acquisition while keeping the assets and payments it had misappropriated.

e. Fox then escalated its attack by going after the "FOX" trademarks that a Mexican federal regulator had granted to Fox Sports Mexico. Fox unlawfully started using the "FOX" brand to broadcast sports content in Mexico—in defiance of the exclusive right that Fox Sports Mexico holds under a governmental order—to compete with the very entity it had just debilitated.

f. As a direct consequence of Fox's sharp tactics, late last year, Fox Sports Mexico was tardy on payments to certain content providers, causing widespread media attention.

g. Fox Sports Mexico understands that this entire dispute is properly centered in Mexico. Accordingly, MSD filed its claims in Mexico, securing a narrow injunction to preserve its rights under Mexican law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 12, 2025




Gabriel López Camacho