UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------
FOX CORPORATION, et al.,

          Plaintiffs,                          25-cv-6703 (JSR)

     -v-                                        ORDER

MEDIA DEPORTES MEXICO, S. de R.L. de
C.V.,

          Defendant.
---------------------------------------------
```

JED S. RAKOFF, U.S.D.J.:

Before the Court is plaintiffs' motion to file under seal an unredacted copy of the Declaration of Carlos Martinez in Support of Plaintiffs' Request to Modify Contempt Orders against Media Deportes Mexico and Non-Parties Grupo Lauman Holding, Mexico Sports Distribution LLC, and Manuel Arroyo (the "Declaration"). See ECF No. 70. The Declaration, which is dated September 5, 2025, makes certain factual representations that, according to plaintiffs, defendant Media Deportes Mexico, S. de R.L. de C.V. ("MDM"), and non-party Mexico Sports Distribution LLC ("MSD"), may regard as required to be filed under seal. See ECF No. 70-1. The Court hereby denies plaintiffs' motion.

The Court agrees with plaintiffs that the Declaration contains no information that justifies overriding the presumption of public access to judicial documents. See, e.g., Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006). MSD, for its part, has not objected to the public filing of the Declaration. See generally

ECF No. 76. As to MDM, the Court observes that, by choosing not to appear in this action and by repeatedly engaging in conduct contemptuous of this Court's orders, it may be said to have forfeited any right it may have had to object to the public filing of the Declaration.

The Court hereby directs plaintiffs' counsel to provide a copy of this Order by electronic mail to MDM, or its counsel, on or before September 17, 2025, which shall be deemed good and sufficient service hereof.

The Clerk of Court is respectfully directed to terminate the motion at docket number 70.

SO ORDERED.

New York, New York
September 15, 2025

JED S. RAKOFF, U.S.D.J.