# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; FOX SPORTS EN ESPAÑOL LLC,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>　　　　　　　　　Defendant. | Case No.: 1:25-cv-06703<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I was admitted *pro hac vice* to the above-captioned action by Order, dated September 16, 2025. I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for non-party Mexico Sports Distribution LLC.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:　September 16, 2025　　　　*/s/ Kassra P. Nassiri*
　　　　　　　　　　　　　　　　　　Kassra P. Nassiri
　　　　　　　　　　　　　　　　　　NASSIRI & JUNG LLP
　　　　　　　　　　　　　　　　　　1700 Montgomery Street, Suite 207
　　　　　　　　　　　　　　　　　　San Francisco, California 94111
　　　　　　　　　　　　　　　　　　(415) 762-3100
　　　　　　　　　　　　　　　　　　kass@njfirm.com
　　　　　　　　　　　　　　　　　　*Attorneys for non-party Mexico Sports Distribution LLC*