UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOX CORPORATION, et al.,

    Plaintiffs,

  -v-

MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,

    Defendant.

25-cv-6703 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    Following the two-day evidentiary hearing held on September 18 and 19, 2025, and after receiving full briefing and argument from the excellent counsel for plaintiffs and non-party Mexico Sports Distribution LLC ("MSD"), the Court hereby determines that MSD's motion to set aside the Court's Order of August 29, 2025, on grounds of lack of personal jurisdiction, must be and hereby is denied. See ECF No. 45 (Order holding MSD and other non-parties in civil contempt), ECF No. 46 (MSD's motion to set aside Order).

    Accordingly, the Court will hold a further evidentiary hearing at 11:00 a.m. on Friday, September 26, 2025, to consider any other objections that MSD may wish to raise to the Court's Order holding MSD in civil contempt. Any papers that MSD wishes the Court to consider in support of any such objections are due by 5:00 p.m. on Tuesday, September 23, 2025, and any papers in opposition are due by 5:00 p.m. on Thursday, September 25, 2025.

    A full Opinion setting forth the reasons for the Court's

determination above will issue promptly and, in any case, no later than Thursday, September 25, 2025.

In the interim, the Court hereby modifies its Order of September 5, 2025, which stayed the effectiveness of its August 29, 2025, Order as to MSD. See ECF No. 48. The accrual of monetary sanctions for civil contempt as to MSD remains stayed, but the Court hereby enjoins MSD, or any person or entity acting in concert with it, from transferring, conveying, or otherwise dissipating any assets, as well as from causing anyone else to transfer, convey, or otherwise dissipate any assets, that MSD possesses, owns, or otherwise controls, including assets in any bank account, unless and until the Court orders otherwise.

The Clerk of Court is respectfully directed to terminate the motion at docket number 46.

SO ORDERED.

New York, New York
September 19, 2025

JED S. RAKOFF, U.S.D.J.

2