UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOX CORPORATION, et al.,

    Plaintiffs,

  -v-

MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,

    Defendant.

---

25-cv-6703 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On September 22, 2025, plaintiffs in this action requested that the Court enter judgment against non-party Manuel Arroyo, on whom the Court previously imposed civil contempt sanctions. See ECF Nos. 45, 73. Plaintiffs also requested that the Court enjoin Laura Paola Arroyo Rodriguez from aiding Arroyo in evading the effect of the Court's sanctions and requiring her to re-convey to Arroyo certain real property previously owned by him in Montgomery County, Texas.

    The Court will hold a hearing on plaintiffs' requests at 3:00 p.m. on September 26, 2025, in courtroom 14B of the United States Courthouse, 500 Pearl Street, New York, New York.

    The Court hereby directs plaintiffs' counsel to provide a copy of this Order by electronic mail to Arroyo, or his counsel, on or before September 23, 2025, which shall be deemed good and sufficient service hereof.

    SO ORDERED.

New York, New York
September 22, 2025

                                                      JED S. RAKOFF, U.S.D.J.