## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>　　　　　　　Defendant. | Case No.: 1:25-cv-06703-JSR<br><br>**DECLARATION OF STEPHEN P. FARRELLY IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION TO HOLD NON-PARTY MEXICO SPORTS DISTRIBUTION LLC IN CONTEMPT** |

I, Stephen P. Farrelly, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　　I am a partner with Ellis George LLP, attorneys for Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC (collectively, "Fox"). I submit this declaration in support of Fox's Reply in Support of Plaintiffs' Emergency Motion to Hold Non-Party Mexico Sports Distribution LLC in Contempt. I am over 18 years of age. I have personal knowledge of the facts in this declaration, and I am competent to testify to the facts set forth below.

2.　　Attached as **Exhibit A** is a true and correct copy of excerpts of a transcript of the proceedings before this Court on September 19, 2025 in the above-captioned matter.

3.　　Attached as **Exhibit B** is a true and correct copy of excerpts of a transcript of the proceedings before this Court on September 18, 2025 in the above-captioned matter.

Dated: New York, New York
　　　　September 25, 2025

_____
　　　　　　Stephen P. Farrelly

3058177.2