# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

FOX CORPORATION; FOX MEDIA LLC; FOX SPORTS EN ESPAÑOL LLC

Plaintiffs,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:25-CV-06703 (JSR)

-against-

**NOTICE OF APPEAL**

MEDIA DEPORTES MEXICO, S. de R.L. de C.V.

Defendant.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Mexico Sports Distribution LLC

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: October 30, 2025

(date that judgment or order was entered on docket)

that: Held non-party Mexico Sports Distribution LLC ("MSD") in contempt for violating the Court's Temporary Restraining Order, entered on August 14, 2025. MSD is also challenging the district court's related orders, including the Preliminary Injunction entered on September 5, 2025 under 28 U.S.C. § 1292(a)(1).

(If the appeal is from an order, provide a brief description above of the decision in the order.)

Dated: November 21, 2025

Signature*: [signed]

Name (Last, First, MI): Dorenbaum, Jaime

Address: 1700 Montgomery Street   City: San Francisco   State: CA   Zip Code: 94111

Telephone Number: 415-762-3100   E-mail Address (if available): jaime@njfirm.com

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13