UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FOX CORPORATION, et al.,

        Plaintiffs,

    -against-

MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,

        Defendant.
-------------------------------------------------------------------X

Case No. 25-cv-6703 (JSR)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that John B. Harris, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears solely as Special Professional Responsibility Counsel for Nassiri & Jung LLP, counsel of record for non-party Mexico Sports Distribution LLC in the above-captioned action.

Dated: New York, New York
       December 19, 2025

                              FRANKFURT KURNIT KLEIN & SELZ, P.C.

                              By:   /s/ John B. Harris
                                  John B. Harris
                              28 Liberty Street, 35th Floor
                              New York, New York 10005
                              (212) 980-0120
                              jharris@fkks.com

                              *Special Professional Responsibility Counsel for*
                               *Nassiri & Jung LLP*