**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>Defendant. | Case No.: 1:25-cv-06703-JSR<br><br>**[PROPOSED] FINAL JUDGMENT AGAINST GRUPO LAUMAN HOLDING, S. DE R.L. DE C.V.** |

3116455

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC ("Plaintiffs") having moved for entry of judgment on accumulated civil contempt sanctions against contemnor Grupo Lauman Holding, S. de R.L. de C.V. ("Grupo Lauman"), it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered against Grupo Lauman in favor of Plaintiffs in the amount of $36,200,000, representing accumulated civil contempt sanctions from September 9, 2025 to March 9, 2026 (consisting of $200,000 per day).

This is a final judgment with respect to the civil sanctions set forth above. Nothing in this judgment relieves Grupo Lauman of its obligations under this Court's contempt orders of August 29, 2025 and September 9, 2025, ECF Nos. 45, 73, or prevents the further accrual of contempt sanctions pursuant to those orders after the period set forth above. Post-judgment interest shall accrue on this judgment at the rate provided by 28 U.S.C. § 1961(a).

The Clerk is directed to enter judgment against Grupo Lauman in favor of Plaintiffs for $36,200,000.

**IT IS SO ORDERED.**

By the Court:

Dated: 3/11/26

United States District Judge

3116455

2