UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>Defendant. | Case No.: 1:25-cv-06703-JSR<br><br>**NOTICE OF MOTION TO IMPOSE CIVIL CONFINEMENT ON MANUEL ARROYO** |

PLEASE TAKE NOTICE that, pursuant to the Court's direction at the teleconference held on March 13, 2026, and upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Impose Civil Confinement on Manuel Arroyo, Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC move this Court to impose civil confinement on Manuel Arroyo. Any opposition to the Motion by Manuel Arroyo shall be due on March 20, 2026.

Dated: March 13, 2026

ELLIS GEORGE LLP

By: /s/ Christopher T. Berg
Christopher T. Berg

Eric M. George
Katherine A. Petti, *Pro Hac Vice*
Christopher T. Berg, *Pro Hac Vice*
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
egeorge@ellisgeorge.com
kpetti@ellisgeorge.com
cberg@ellisgeorge.com

3121871

Stephen P. Farrelly
Edward Lee
ELLIS GEORGE LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, New York 10019
Telephone: (212) 413-2600
Facsimile: (212) 413-2629
sfarrelly@ellisgeorge.com
elee@ellisgeorge.com

*Attorneys for Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC*