# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MEDIA DEPORTES MEXICO, S. de R.L. de C.V., <br><br> Defendant. | Case No.: 1:25-cv-06703 <br><br> **[PROPOSED] ORDER IMPOSING CIVIL CONFINEMENT ON MANUEL ARROYO** |

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español, LLC have moved this Court to impose civil confinement on Manuel Arroyo for his continued violations of the Court's preliminary injunction, ECF No. 49.

Having reviewed the submissions and evidence concerning Plaintiffs' application, the Court finds:

a) the Court previously imposed a $200,000 per day monetary sanction on Arroyo that shall accrue until he purges his contempt;

b) Arroyo has accrued over $35,000,000 in unpaid monetary sanctions and has not yet purged his contempt;

c) Arroyo is the president of Defendant Media Deportes Mexico ("MDM") and non-party contemnor Mexico Sports Distribution LLC ("MSD"), and thus he is legally identified with them;

d) as the Court has previously ruled, MDM and MSD are bound by the terms of the Court's preliminary injunction;

1

e) Arroyo has a duty in his capacity as president of MDM and MSD to ensure that their conduct conforms to the Court's orders, including the preliminary injunction;

f) after the Court imposed its monetary sanction on him, Arroyo has either permitted MDM to use, or failed to prevent MDM from using, the Fox Sports Trademarks in Mexico and the U.S. Fox Sports marks in the United States, *see* ECF No. 49;

g) after the Court imposed its monetary sanction on him, Arroyo has either permitted MDM to pursue, or failed to prevent MDM from pursuing, legal or regulatory action relating to any trademark containing the word "Fox" in Mexico;

h) after the Court imposed its monetary sanction on him, Arroyo has either permitted MDM to pursue, or failed to prevent MDM from pursuing, the enforcement of the injunction issued by Civil Department 42 of the Superior Court of Justice of Mexico City against Telefonica por Cable S.A. de C.V. and Total Play Communications S.A.P.I.D.—two entities whose business relationship with Plaintiffs the Court specifically enjoined MDM from interfering with;

i) after the Court imposed its monetary sanction on him, Arroyo has transferred assets out of his control, including the property located at 3 Philbrook Way. Spring, Texas;

j) after the Court imposed its monetary sanction on him, Arroyo has either permitted or failed to prevent MSD from transferring assets out of its bank account after the Court imposed an asset freeze on MSD;

k) Arroyo has violated the Court's preliminary injunction and related orders;

l) Arroyo's violations have harmed Plaintiffs and threaten to continue to harm Plaintiffs;

m) the Court's monetary sanction is inadequate to compel Arroyo's compliance with the Court's orders;

n) the imposition of civil confinement on Arroyo is likely to coerce Arroyo's compliance with the Court's orders;

o) Arroyo has the ability to pay the Court's monetary sanction.

Accordingly, it is **ORDERED** that the United States Marshals Service is directed to take all necessary measures to effect service and enforcement of this Order in any district of the United States where Manuel Arroyo may be found.  Because this case involves violations of federal law under the Lanham Act, this Order is issued to "enforce the laws of the United States," and, accordingly, "may be served and enforced in any district."  Fed. R. Civ. P. 4(b)(1).

It is further **ORDERED** that the United States Marshals Service, if called upon to execute the terms of the attached Order, will be permitted to use the minimum degree of non-deadly force necessary to arrest and detain Manuel Arroyo and bring him before this Court, and will be permitted to enter any premises where it is reasonably believed he may be inside and if requested access to such premises is withheld.

It is further **ORDERED** that, if located by the United States Marshals Service in any district of the United States, Manuel Arroyo shall be incarcerated until Defendant and non-party contemnors MSD, Grupo Lauman Holding, and Manuel Arroyo purge their contempt and fully comply with the Court's orders, including paying to Plaintiffs any unpaid monetary sanctions that have accrued plus interest.

It is further **ORDERED** that the United States Marshals Service shall provide notice of this Order to U.S. Customs and Border Protection, the Transportation Security Administration,

the Department of Homeland Security, and the Federal Bureau of Investigation to facilitate the

Order's enforcement.  The United States Marshals Service shall work with U.S. government

partners to monitor points of entry in the United States and effect service and enforcement of this

Order should Manuel Arroyo attempt to enter the United States.

**IT IS SO ORDERED.**

By the Court:

_____          _____

Dated                                United States District Judge