UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
FOX CORPORATION, et al.,

          Plaintiffs,

     -v-

MEDIA DEPORTES MEXICO, S. de R.L. de
C.V.,

          Defendant.
```

25-cv-6703 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is a application by the law firm of Draper & Draper LLC, counsel to non-party contemnor Mexico Sports Distribution LLC ("MSD"), seeking permission to withdraw from representing MSD in this action. ECF No. 219. Having satisfied the Court that there is good cause for Draper & Draper LLC to withdraw, Draper & Draper LLC is hereby excused from any further representation of MSD in this action, effective immediately.

MSD is given until Friday, April 17, 2026, to retain new counsel and to have such counsel enter its appearance on the docket of this matter. If MSD's new counsel timely does so, counsel for plaintiffs and new counsel for MSD are hereby directed to jointly telephone Chambers at 2:00 p.m. on Monday, April 20, 2026, to adjust scheduling of pending matters in this action. Otherwise, the Court will rule promptly after April 20, 2026, on plaintiffs' request to impose further sanctions on MSD. See ECF No. 216.

Draper & Draper LLC is directed to promptly supply a copy of this

1

Order to their contacts at MSD.

SO ORDERED.

New York, New York
April 10, 2026

JED S. RAKOFF, U.S.D.J.

2