UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>     Plaintiffs,<br>  -against-<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>     Defendant. | CASE NO.: 1:25-CV-06703-JSR |

**RECEIVER'S MOTION FOR AN ORDER AUTHORIZING EMPLOYMENT OF GUERRA, HIDALGO Y MENDOZA, S.C. AS RECEIVER'S MEXICO COUNSEL**

Robert W. Seiden (the "Receiver"), as Court-appointed Receiver for Mexico Sports Distribution, LLC ("MSD"), hereby moves the Court for leave to retain Guerra, Hidalgo y Mendoza, S.C. ("GHM") as counsel for the Receiver in Mexico, pursuant to the Order Appointing Receiver (the "Order") entered in this matter on April 24, 2026. ECF 227. The Receiver believes that (1) retaining Mexico counsel is necessary to effectuate the Order; (2) GHM would be effective counsel; and (3) the fee arrangement as enumerated in the attached letter of engagement is fair and reasonable. *See* Exhibit 1.

1. The undersigned was appointed as Receiver over MSD in this matter on April 24, 2026.

2. The underlying facts of this case and the Receiver's investigation reveal that although MSD is a Delaware Corporation, any assets belonging to MSD, as well as individuals with knowledge of such assets, are likely located in Mexico.

3. The Order contemplates the Receiver to retain counsel as he deems necessary to effectuate or implement the terms of the Court's orders, subject to the Court's approval. Order at

3, 6-7.

4.     The Order further contemplates the Receiver taking various actions in Mexico, including:

a.  "[T]o cause any corporate resolutions or any other requisite documents of MSD to be filed with the requisite registry, whether in the United States, Mexico, or any other country" (Order at 2);

b.  "[T]o make any request or demand for documents or information from any person or entity (including MSD, its affiliates, Fox Sports Mexico, or any third party)" (*Id.*);

c.  "[T]o operate MSD's joint venture Fox Sports Media, including the use of any intellectual property in the United States or Mexico and the operation of any websites, social media accounts, or any other medium that uses or displays intellectual property" (*Id.*);

d.  "[T]o exercise discretion in all voting and consensual rights of MSD, including any voting or consensual rights associated with Fox Sports Mexico" (*Id.*);

e.  "[T]o withdraw, initiate, continue, participate in, or defend any legal actions or regulatory proceedings on MSD's behalf, including but not limited to petitioning to lift the injunction issued by the 42nd Court of the Superior Court of Mexico City against Plaintiffs or their affiliates" (Order at 3);

f.  "[T]o unwind any of MSD's asset transfers made after the entry of the court's asset freeze order ECF No. 95, to any entity or individuals related to MSD, including Manuel Arroyo, Media Deportes Mexico, S. de R.L. de C.V., Grupo Lauman Holding S. de R.L. de C.V., Altener S.A. de C.V., Comtelsat, S.A. de C.V., Fox

2

Sports Mexico, and any other MSD affiliate, as well as any directors, officers, employees, friends, or relatives of the same" (Order at 4);

g. "[T]o take steps to reach any assets in MSD's possession, custody, or control in the United States, Mexico, or any other foreign country" (*Id.*);

h. "[T]o file documents with United States, Mexican, or other foreign regulators on MSD's behalf" (*Id.*); and

i. "[T]o engage with United States, Mexican, or other foreign government agencies on MSD's behalf to assist with effectuating or implementing the Court's order." Order at 5.

5.    The Receiver desires to employ GHM for the reason that such firm is knowledgeable and experienced in the fields of commercial, business, corporate, and intellectual property law.

6.    GHM attorneys have litigated matters in Mexican courts pertaining to intellectual property rights and enforcement of foreign orders, and have experience in handling corporate governance matters and liquidation. Additionally, GHM attorneys have experience serving as counsel in Receivership matters, including Receiverships ordered by United States courts.

7.    Attorneys at GHM are duly admitted to the practice of law in Mexico.

8.    GHM has not identified any conflicts in either the United States or Mexico that would preclude it from undertaking this engagement.

9.    GHM understands that payment for legal services shall occur only upon approval by the Court following submission of invoices by the Receiver.

10.    The fee arrangement between GHM and the Receiver will be on an hourly basis pending the Court's approval, with the following rates that the Receiver believes are fair and

reasonable for the services to be rendered (*see* Exhibit 1 at 4):

Hourly Rates

| Position | Rate |
| --- | --- |
| Partner | US$540.00 |
| Associate | US$400.00 |
| Senior Attorney | US$320.00 |
| Junior Attorney | US$240.00 |
| Senior Intern | US$130.00 |
| Junior Intern | US$90.00 |

The Receiver, therefore, respectfully requests that he be authorized to employ the law firm of Guerra, Hidalgo, y Mendoza, S.C., as his Mexico counsel to assist the Receiver in effectuating the Court's orders in Mexico.

Dated: May 8, 2026
New York, New York

/s/ Robert W. Seiden
Robert W. Seiden
322 Eighth Avenue, Suite 1200
New York, New York 10001

*Court-Appointed Receiver*

SO ORDERED

JSDJ
5-11-26

4