UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC, <br><br> Plaintiffs, <br> -against- <br><br> MEDIA DEPORTES MEXICO, S. de R. L. de C. V., <br><br> Defendant. | CASE NO.: 1:25-CV-06703 |

**PROPOSED ORDER APPROVING FIRST INTERIM
APPLICATION OF THE RECEIVER FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon the First Interim Application of Mr. Robert W. Seiden, in his capacity as Court-appointed receiver (the "Receiver") for Mexico Sports Distribution, LLC ("MSD"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period from April 24, 2026 Through and Including May 22, 2026 (ECF 241 ) ("Application") for an order approving the allowance of compensation and reimbursement of expenses:

**ORDERED** that the Application is approved such that compensation for the services provided by the Receiver and his Mexico counsel, Hidalgo y Mendoza, S.C. ("GHM") rendered between April 24, 2026 Through and Including May 22, 2026 (the "Application Period") in the amount of $135,395.84 is allowed as an interim allowance, and reimbursement of expenses advanced by the Receiver and GHM during the Application Period in the amount of $3,249.86 is allowed as an interim disbursement payment; and it is further

**ORDERED** that the Receiver is authorized and directed to pay the amounts approved herein, in accordance with the terms of this Order, from any assets of MSD that the Receiver has

1

identified and over which the Receiver has obtained possession, custody, or control.

Dated: June ___5___ , 2026


_____
HON. JUDGE JED S. RAKOFF