## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MEDIA DEPORTES MEXICO, S. de R.L. de C.V., <br><br> Defendant. | Case No.: 1:25-cv-06703-JSR <br><br> [PROPOSED] ORDER PERMITTING EDWARD M. LEE TO WITHDRAW AS COUNSEL |

WHEREAS, Edward M. Lee of Ellis George LLP appeared in this action on behalf of Plaintiffs for Fox Corporation, Fox Media LLC, and Fox Sports En Español LLC by Notice of Appearance of Counsel on December 19, 2025, Dkt. No. 153; and

WHEREAS, Edward M. Lee is leaving the firm of Ellis George LLP and will no longer be representing Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español LLC in this action; and

WHEREAS, Stephen P. Farrelly of Ellis George LLP, and Katherine A. Petti and Christopher T. Berg of Steptoe LLP, will continue to serve as counsel of record for Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español LLC in this action;

IT IS HEREBY ORDERED that Edward M. Lee is relieved as counsel of record for Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español LLC and the Clerk of the Court is directed to terminate his appearance and remove his email address from the ECF system's electronic notification list for this action.

Dated: New York, New York
      June 1, 2026

_____
JED S. RAKOFF, U.S.D.J.

3153692