Case 1:25-cv-06703-JSR Document 247-6 Filed 06/30/26 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

FOX CORPORATION, FOX MEDIA LLC, FOX SPORTS EN ESPAÑOL LLC,

Plaintiffs,

v.

MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,

Defendant.

Case No.: 1:25-cv-06703

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL MEXICO SPORTS DISTRIBUTION LLC'S COMPLIANCE WITH THE SECOND INFORMATION SUBPOENA**

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC have moved the Court to compel Mexico Sports Distribution LLC to produce information responsive to a Second Information Subpoena served upon it. Having reviewed the papers, declarations, exhibits, and memorandum of law, it is hereby

ORDERED that Mexico Sports Distribution LLC shall immediately grant Robert Seiden—the court-appointed receiver over Mexico Sports Distribution LLC—access to its books, records, and communications for the purpose of responding to the Second Information Subpoena; and it is further

ORDERED that Mexico Sports Distribution LLC is ordered to provide responsive information to the Second Information Subpoena no later than seven (7) days from the date of this Order.

**IT IS SO ORDERED**

New York, New York
July 8, 2026

Jed S. Rakoff, U.S.D.J.