UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>MEDIA DEPORTES MEXICO, S. de R. L. de C. V.,<br><br>Defendant. | CASE NO.: 1:25-CV-06703 |

**A ~~PROPOSED~~ ORDER APPROVING SECOND INTERIM APPLICATION OF THE RECEIVER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon the Second Interim Application of Mr. Robert W. Seiden, in his capacity as Court-appointed receiver (the "Receiver") for Mexico Sports Distribution, LLC ("MSD"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period from May 23, 2026 Through and Including June 23, 2026 (ECF No. 248) ("Application") for an order approving the allowance of compensation and reimbursement of expenses:

**ORDERED** that, pursuant to the terms of this Order and the Receivership Order (ECF No. 227), the Application is approved such that compensation for the services provided by the Receiver, his Mexico counsel, Hidalgo y Mendoza, S.C. ("GHM"), and his Florida counsel, Burstyn Law PLLC ("Burstyn Law"), rendered between May 23, 2026 through and including June 23, 2026 (the "Application Period") in the amount of $93,612.67 is allowed as an interim allowance, and reimbursement of expenses advanced by the Receiver, GHM, and Burstyn Law during the Application Period in the amount of $3,744.20 is allowed as an interim disbursement payment.

Dated: July 8, 2026

HON. JUDGE JED S. RAKOFF