**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>Defendant. | Case No.: 1:25-cv-06703<br><br>**[PROPOSED] ORDER HOLDING MEXICO SPORTS DISTRIBUTION LLC AND MANUEL ARROYO IN CONTEMPT** |

Upon consideration of Plainitffs' Motion for Contempt Against Mexico Sports Distribution, LLC and Manuel Arroyo, having considered the briefs, declarations, and accompanying exhibits, Plaintiffs' motion is GRANTED. It is hereby:

ORDERED that Mexico Sports Distribution LLC ("MSD") is held in contempt of Court for violating the Court's July 8, 2026 order compelling it to comply with Plaintiffs' Second Information Subpoena dated May 7, 2026. ECF No. 249. The Court's order was clear and unambiguous. MSD's noncompliance was clear and convincing—it ignored the Court's order. And, for the same reason, MSD did not diligently attempt to comply with the order in a reasonable manner; and it is further

ORDERED that Manuel Arroyo is held in contempt of Court for violating the Court's July 17, 2026 order compelling him to comply with Plaintiffs' Information Subpoena dated June 30, 2026. ECF No. 256. The Court's order was clear and unambiguous. Arroyo's noncompliance was clear and convincing—he ignored the Court's order. And, for the same reason, Arroyo did not diligently attempt to comply with the order in a reasonable manner; and it is further

ORDERED that the Court will impose an adverse inference as a coercive sanction against MSD and Arroyo. For all purposes in this action, until and unless MSD and Arroyo purge their contempt, the Court will deem the following as an established fact: Manuel Arroyo personally directed and caused MSD to transfer its assets after September 19, 2025; it is further

ORDERED that Plaintiffs may serve a copy of this order and all other papers in this action that require service on Manuel Arroyo via electronic mail.

**IT IS SO ORDERED.**

By the Court:

8/11/26
Dated

United States District Judge