**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>Defendant. | Case No.: [1:2025-cv-06703]<br><br>**DECLARATION OF DANIEL MURPHY IN SUPPORT OF PLAINTIFFS' MOTION TO IMPOSE CIVIL CONFINEMENT ON MANUEL ARROYO** |

I, Daniel Murphy, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Manager with StoneTurn Group LLC ("StoneTurn"). I submit this declaration in support of Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC's (collectively, "Fox") Motion to Impose Civil Confinement on Manuel Arroyo. I am over 18 years of age. I have personal knowledge of the facts in this declaration, and I am competent to testify to the facts set forth below.

2. StoneTurn is a global professional services firm that works with law firms, corporations, and government agencies. I have extensive experience in investigations and due diligence, including identifying assets owned by individuals or companies throughout the United States and internationally.

3. In August 2025, Fox engaged StoneTurn to assist in identifying assets owned by Manuel de Jesus Arroyo Rodriguez ("Arroyo") within the United States, including real property, automobiles, watercraft and aircraft, and in particular, any such assets located within the counties of the Southern District of New York. As part of this investigation, I, and the team that I oversaw, conducted searches across public records databases, publicly available government records, and other publicly available information.

REAL PROPERTY

4. Targeted searches were conducted in appropriate government databases for the Southern District of New York (including Bronx, Dutchess, New York (Manhattan), Orange, Putnam, Rockland, Sullivan and Westchester Counties) as well as other U.S. jurisdictions where Arroyo is known to have maintained a personal or business presence or that were otherwise identified as relevant by Fox (including Eagle County, CO; Broward, Miami-Dade and Sarasota Counties, FL; and Dallas, Harris and Montgomery Counties, TX): We identified no real property

assets currently owned by Arroyo within these jurisdictions.

5. Additionally, searches were conducted in a proprietary third-party database that aggregates real property records nationwide. As searches for real property owned by "Manuel Arroyo" in the U.S. produces an untenable number of false positive results, this search was conducted using limiters such as middle name or initial and known addresses. Further, it should be noted that, while they provide extensive coverage, not every jurisdiction in the U.S. makes their records available to third-party databases; some do not make their records available online at all and can only be searched in person. Based on applying the above-referenced limiters, we identified no real property assets currently owned by Manuel Arroyo within the nationwide property records database.

MOTOR VEHICLES

6. I conducted research in proprietary third-party databases that aggregate U.S. motor vehicle and watercraft records. Note, however, that coverage does not include all U.S. states; vehicle data and the frequency of data updates vary from state to state; and the availability of specific data fields may vary by state. Accordingly, there is no single location, tool or portal that provides public nationwide access to motor vehicle and/or watercraft records in every state, and searching primary motor vehicle and watercraft records in all U.S. states and territories individually according to their respective processes would be onerous and was not conducted in this matter.

7. Records maintained by proprietary third party databases indicate that Arroyo is the owner of the following nine vehicles:

a. <u>2021 Rolls-Royce Black Badge Cullinan</u>, VIN SLATV8C07MU207676, Florida title number 0143411597, bearing Florida license plate 84AAZM. Comtelsat Inc.

is listed as an owner alongside Arroyo. A Kelley Blue Book ("KBB") search identified a used-vehicle price range of approximately $247,000 to $256,000. I identified online sale listings for similar vehicles with asking prices ranging from approximately $250,000 – $300,000.

b. 2022 Chevrolet Tahoe, Texas license plate VMP2765, VIN 1GNSCLED0NR250958. KBB identified a used-vehicle price range of approximately $32,200 to $41,400. I identified online sale listings for similar vehicles with asking prices ranging from approximately $35,000 – $60,000.

c. 2021 Chevrolet Tahoe, Texas license plate VMP2708, VIN 1GNSCLEDXMR405000. KBB identified a used-vehicle price range of approximately $30,500 to $35,800. I identified online sale listings for similar vehicles with asking prices ranging from approximately $25,000 – $35,000.

d. 2021 Chevrolet Tahoe, Texas license plate VMP2709, VIN 1GBSCLED7MR297495. KBB identified a used-vehicle price range of approximately $30,500 to $35,800. I identified online sale listings for similar vehicles with asking prices ranging from approximately $25,000 – $35,000.

e. 2021 Chevrolet Tahoe, Texas license plate VMP5143, VIN 1GNSCLED2MR392114. KBB identified a used-vehicle price range of approximately $30,500 to $35,800. I identified online sale listings for similar vehicles with asking prices ranging from approximately $25,000 – $35,000.

f. 2023 Land Rover Range Rover P400 SE LWB, Texas license plate VDD9844, VIN SALKPBFU6PA054040. KBB identified a used-vehicle price range of approximately $75,800 to $81,200. I identified online sale listings for similar vehicles

with asking prices ranging from approximately $85,000 – $96,000.

g. 2021 Cadillac Escalade ESV Premium Luxury, Texas license plate TZY3582, VIN 1GYS3LKL5MR220383. KBB identified a used-vehicle price range of approximately $48,700 to $50,800. I identified online sale listings for similar vehicles with asking prices ranging from approximately $44,000 – $58,000.

h. 2022 Cadillac Escalade ESV Premium Luxury, Texas license plate SCX9000, VIN 1GYS3KKL0NR309063. KBB identified a used-vehicle price range of approximately $46,800 to $48,800. I identified online sale listings for similar vehicles with asking prices ranging from approximately $45,000 – $60,000.

i. 2006 Mercedes-Benz C-Class C230 Sport, VIN WDBRF52H86A892103, bearing Florida license plate GRXL95. KBB estimated the vehicle's private-party value at approximately $1,985 to $3,035 and separately identified a used-vehicle price of approximately $2,700. I identified online sale listings for similar vehicles with asking prices ranging from approximately $4,000 – $8,000.

8. Exhibit A contains the relevant third-party data.

9. I also conducted vehicle sighting searches for the above vehicles linked to Arroyo in a database that aggregates commercial license plate reader image captures. The following records were identified for six of these vehicles:

a. Available data for the 2021 Rolls Royce Cullinan (VIN SLATV8C07MU207676) identified four sightings at four locations between March 2024 and April 2026. The most recent sighting occurred on April 6, 2026, at approximately 11:24 p.m., near 6801 Woodlands Parkway in Spring, Texas, a suburb of Houston. This location is proximate to two residences Arroyo is currently associated with and owned

until recently transferring ownership to family members: 3 Philbrook Way, Spring, TX 77382 (approximately 2.1 miles) and 87 Lakeside Green, The Woodlands, TX 77382 (approximately 3 miles). The current location of the vehicle is unknown.

b. Available data for the 2021 Chevrolet Tahoe (VIN 1GBSCLED7MR297495 ) identified one sighting at one location on March 19, 2025. The most recent sighting occurred on March 19, 2025, at approximately 6:27 p.m., near 123 Nimitz Street in Venus, Texas 76084. The current location of the vehicle is unknown.

c. Available data for the 2022 Chevrolet Tahoe (VIN 1GNSCLEDONR250958) identified one sighting at one location on March 7, 2025. The most recent sighting occurred on March 7, 2025, at approximately 2:40 a.m., near 3333 East Pres George Bush Highwaywb [*sic*] in Plano, Texas 75074. The current location of the vehicle is unknown.

d. Available data for the 2021 Chevrolet Tahoe (VIN 1GNSCLED2MR392114) identified one sighting at one location on February 19, 2025. The most recent sighting occurred on February 19, 2025, at approximately 12:58 p.m., near 19189 Interstate 45 South in Conroe, Texas 77385. The current location of the vehicle is unknown.

e. Available data for the 2023 Land Rover Range Rover (VIN SALKPBFU6PA054040) identified three sightings at three locations between March 2025 and October 2025. The most recent sighting occurred on October 29, 2025, at approximately 7:03 p.m., near 21559 Market Place Drive in New Caney, Texas 77357. The current location of the vehicle is unknown.

f. Available data for the 2022 Cadillac Escalade ESV (VIN

1GYS3KKLONR309063) identified two sightings at two locations between October 2023 and February 2024. The most recent sighting occurred on February 19, 2024, at approximately 11:51 p.m., near 3318 Jose C Santos Dr in Laredo, Texas 78046. The current location of the vehicle is unknown.

10. Exhibit B contains the vehicle sighting data.

AIRCRAFT

11. In August 2026, I conducted targeted searches of aircraft owned by Arroyo and the flight routes that those aircraft took. On the website Regulations.gov, which is owned and managed by the U.S. government, I identified a document ("the application") titled "Application of Milenium Air Servicios Aereos Integrados, S.A. de C.V., dba Millennium Air for Renewal of an Exemption." This document sought renewal of Milenium Air Servicios Aereos Integrados, S.A. de C.V., dba Millennium Air ("Millenium Air") exemption from 49 U.S.C. § 41301 (U.S./Mexico Charter Air Transportation) so as to maintain "its authority to conduct passenger charter operations, using small aircraft" between the U.S. and Mexico "subject to the prior approval requirements set forth in 14 C.F.R. Part 212." The application states that "The name of the human owner of [Millenium Air] is Mr. Manuel de Jesus Arroyo Rodriguez. This document is dated December 5, 2025, and states that "there have been no changes in [Millenium Air's] address, ownership, or aircraft during the past two years, and the company incorporates by reference the information previously submitted in this docket." Millenium Air's 2019 application for the same exemption, for which the 2025 application was seeking renewal, includes Millenium Air's ownership structure and identifies Arroyo as its ultimate beneficial owner. Arroyo's last name is mistyped on the 2019 application as "Ramirez," thus, he appears as "Manuel de Jesus Arroyo Ramirez," an error that was clarified on the 2025 application.

12. Exhibit C includes the ownership structure from the 2019 application.

13. I downloaded a spreadsheet (ram-agosto-2025-vp-24092025.xlsx) from the Mexican government website gob.mx, titled, "Agencia Federal de Aviación Civil Registro Aeronáutico Mexicano Aeronaves Registradas a nivel Nacional," which contains a registry of aircraft owned by entities in Mexico and is dated August 2025. This registry identifies Millenium Air as the registered owner and operator of two aircraft: XA-ARR, a 1989 Gulfstream IV, Serial Number 1059 ("XA-ARR IV"); and XA-LAU, a 1996 Hawker 800XP, Serial Number 258295 ("XA-LAU"). Both aircraft are listed as based at the Aeropuerto Internacional de Toluca in Mexico—not in the United States.

14. The registry also identifies Millenium Air as the possessor, but not registered owner, of three additional aircraft:

a. XA-BAR, an Agusta A109E Helicopter, Serial Number 11650, the owner of which is listed as "No Inscrito" or "Not Registered;"

b. XA-MAM, a Hawker 750, Serial Number HB-22, the owner of which is listed as SFG EQUIPMENT LEASING CORPORATION I ("SFG"), an Indiana company with no apparent affiliation to Arroyo; and

c. XA-MJA, a Hawker 800XP, Serial Number 258331, the owner of which is listed as SFG.

At the date of this review, I have not identified a 2026 release of the AFAC aircraft registry.

15. I used the flight-tracking website JetSpy.com ("JetSpy"), which aggregates aircraft registration and historical flight information, to review recent flight activity associated with XA-ARR and XA-LAU, the aircraft owned by Arroyo. JetSpy identifies Millenium Air as the registered owner of both aircraft. I also conducted a search of JetSpy for aircraft registered to

Millenium Air, which did not identify any additional aircraft associated with the company.

16. JetSpy reflected limited and no recent flight activity for XA-ARR. The platform records four flights in January 2024 and two flights in February 2024, with no subsequent flight activity reflected through December 2024.

17. JetSpy reflects significant and recent activity for XA-LAU. As of August 23, 2026, JetSpy reflects 152 flights during 2026, including 19 flights during August. Recent flight activity reflects travel throughout Mexico, the United States, Central America, and South America.

18. Most recently, on August 23, 2026, JetSpy reflects that XA-LAU conducted two short flights in Mexico, including a return to Licenciado Adolfo López Mateos International Airport in Toluca. On August 16, 2026, JetSpy reflects that XA-LAU departed the Licenciado Adolfo López Mateos International Airport in Toluca, Mexico, at approximately 11:53 a.m. local time and arrived at Brown Field Municipal Airport in San Diego, California, at approximately 2:17 p.m. local time. Later that day, XA-LAU departed Brown Field Municipal Airport at approximately 3:32 p.m. and returned to Toluca at approximately 7:36 p.m. The aircraft's repeated departures from and returns to Toluca are consistent with the August 2025 AFAC registry, which identifies the Aeropuerto Internacional de Toluca as XA-LAU's base.

19. A broader review of XA-LAU’s historical flight activity identified multiple trips through the Houston, Texas, area. On June 1, 2026, XA-LAU flew from Veracruz, Mexico, to William P. Hobby Airport (KHOU) in Houston, arriving at approximately 8:01 p.m. CDT, before departing for Providence, Rhode Island. On June 21, 2026, the aircraft flew from Toluca to Conroe/North Houston Regional Airport (KCXO), arriving at approximately 7:05 p.m. CDT, and returned to Toluca later that evening. The aircraft again traveled through Conroe/North Houston

Regional Airport on July 6, 2026, arriving from Westchester County Airport in New York before departing for Toluca. Accordingly, the available flight history reflects at least three separate visits to the greater Houston area between June 1 and July 6, 2026, including flights through both William P. Hobby Airport and Conroe/North Houston Regional Airport.

20. The reviewed records also reflect travel through South Florida. On May 2, 2026, XA-LAU arrived at Fort Lauderdale-Hollywood International Airport (KFLL) from the vicinity of Parham, Antigua and Barbuda, at approximately 12:33 p.m. EDT. The aircraft departed Fort Lauderdale at approximately 3:06 p.m. for Charleston, West Virginia. Fort Lauderdale-Hollywood International Airport is located in the greater Miami–South Florida region.

21. Exhibit D includes flight data for XA-LAU from April 2026 through August 23, 2026, as reported by JetSpy.

22. My research did not identify any additional real property, motor vehicles, watercraft or aircraft as owned by Arroyo.

Dated: New York, New York
August 27, 2026

[redacted]

Da[redacted]