# EXHIBIT A



compass Driving Records

*Home of the "Smart MVR" ™*

PO Box 100, Woodlyn, PA 19094
Tel: 866.454.3238 • www.IMVRS.com

**FL Online Vehicle Report**

**Order Date: 8/26/2026**

Ordered for: [redacted]
VIN Searched: SLATV8C07MU207676
Plate Searched:
Title Searched:
Searched on: 8/26/2026
Control #: 53189414

Reference: [redacted]
VIN: SLATV8C07MU207676
Plate: 84AAZM
Title#: 143411597

## Vehicle Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2021 | Make/Model: | ROL/ | Body: | SW | Vin: | SLATV8C07MU207676 |
| Color: | GRY | Mot Power: | | Veh Type: | AUTO | Plate: | 84AAZM |
| VLF Class: | | UL Wt/Axels: | 6180 | GVW: | | Plate Type: | PRIVATE |
| Asterisk Yr: | | Title Issued: | 08/02/2021 | Reg Issued: | 08/31/2023 | Title Num: | 143411597 |
| Odometer: | 35 | Purchase Price: | | Total Fee: | | Reg Expires: | 06/30/2024 |
| First Sold: | 08/02/2021 | Purchase Date: | 07/16/2021 | Last Tran: | 07/13/2026 | | |




**Legal Owners**

None Reported

**Registered Owners**

Name: COMTELSAT INC
Address: 801 BRICKELL AVE SUITE 900
MIAMI, FL 33131
Name: MANUEL ARROYO
Address: 87 LAKESIDE GRN
SPRING, TX 77382
DOB: 12/22/1974
Sex: M

## Additional State Information

ODOMETER IS ACTUAL
ODOMETER DATE: 7/16/2021
REGISTRATION STATUS: ACTIVE
VEHICLE USE: PERSONAL
LAST TRANSACTION: LIEN MAINTENANCE
PAPER TITLE
PLATE ISSUE DATE: 8/2/2021
ARF CREDIT: 6.40
PRIOR LIENHOLDER
BMW FINANCIAL SERVICES NA LLC
PO BOX 1910
COCKEYSVILLE MD 21030
LIEN DATE: 7/16/2021
SATISFACTION DATE: 7/13/2026
ELECTRONIC LIEN: TRUE

compass Driving Records

*Home of the "Smart MVR"* ™

PO Box 100, Woodlyn, PA 19094
Tel: 866.454.3238 • www.IMVRS.com

**TX Online Vehicle Report**

**Order Date: 8/26/2026**

| | | | |
|---|---|---|---|
| Ordered for: | [redacted] | Reference: | [redacted] |
| VIN Searched: | 1GNSCLED0NR250958 | VIN: | 1GNSCLED0NR250958 |
| Plate Searched: | | Plate: | VMP2765 |
| Title Searched: | | Title#: | 17033245504250001 |
| Searched on: | 8/26/2026 | | |
| Control #: | 53179856 | | |

## Vehicle Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2022 | Make/Model: | CHEV/ TAH | Body: | LL | Vin: | 1GNSCLED0NR250958 |
| Color: | WHITE | Mot Power: | | Veh Type: | PASS-;TRK | Plate: | VMP2765 |
| VLF Class: | | UL Wt/Axels: | 5400 | GVW: | 5400 | Plate Type: | PASSENGER-;TRUCK |
| Asterisk Yr: | | Title Issued: | 08/10/2024 | Reg Issued: | 08/02/2024 | Title Num: | 17033245504250001 |
| Odometer: | 42540 | Purchase Price: | 45799 | Total Fee: | 74.00 | Reg Expires: | 07/31/2025 |
| First Sold: | | Purchase Date: | | Last Tran: | 08/10/2024 | | |



**Legal Owners**

| | |
|---|---|
| Name: | JP MORGAN CHASE BANK |
| Address: | PO BOX 901033<br>FORT WORTH, TX 76101 |
| Date: | 7/3/2024 |

**Registered Owners**

| | |
|---|---|
| Name: | MANUEL D ARROYO RODRIGUEZ |
| Address: | 3 PHILBROOK WAY<br>THE WOODLANDS, TX 77382 |
| County | MONTGOMERY CNTY |

## Additional State Information

OLD #: -;NONE- EXPIRED: N/A EWT
PREV TTL: JUR FL TTL # 146683924 ISSUE 05/10/2022
PREV OWN BAYWAY CADILLAC OF THE W THE WOODLAN TX
PLATE AGE: 2 LAST ACTIVITY 08/10/2024 RLSAUT OFC: 297
REMARKS
ACTUAL MILEAGE
DATE OF ASSIGNMENT:2024/07/03
PAPER TITLE
FUEL TYPE:GAS
DTLRPTVER:TXVR202508220839

**End of report**

| | | |
|---|---|---|
| | | insrepv1-9(2016) |

compass Driving Records

*Home of the "Smart MVR" ™*

PO Box 100, Woodlyn, PA 19094
Tel: 866.454.3238 • www.IMVRS.com

**TX Online Vehicle Report**

**Order Date: 8/26/2026**

| | | | |
|---|---|---|---|
| Ordered for: | [redacted] | Reference: | [redacted] |
| VIN Searched: | 1GNSCLEDXMR405000 | VIN: | 1GNSCLEDXMR405000 |
| Plate Searched: | | Plate: | VMP2708 |
| Title Searched: | | Title#: | 17030445497250047 |
| Searched on: | 8/26/2026 | | |
| Control #: | 53184981 | | |

## Vehicle Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2021 | Make/Model: | CHEV/ TAH | Body: | LL | Vin: | 1GNSCLEDXMR405000 |
| Color: | WHITE | Mot Power: | | Veh Type: | PASS-;TRK | Plate: | VMP2708 |
| VLF Class: | | UL Wt/Axels: | 5400 | GVW: | 5400 | Plate Type: | PASSENGER-;TRUCK |
| Asterisk Yr: | | Title Issued: | 08/03/2024 | Reg Issued: | 07/26/2024 | Title Num: | 17030445497250047 |
| Odometer: | 52875 | Purchase Price: | 44551 | Total Fee: | 74.00 | Reg Expires: | 06/30/2025 |
| First Sold: | | Purchase Date: | | Last Tran: | 08/03/2024 | | |



**Legal Owners**

| | |
|---|---|
| Name: | US BANK N.A. |
| Address: | PO BOX 3427<br>OSHKOSH, WI 54903 |
| Date: | 7/3/2024 |

**Registered Owners**

| | |
|---|---|
| Name: | MANUEL D ARROYO RODRIGUEZ |
| Address: | 3 PHILBROOK WAY<br>THE WOODLANDS, TX 77382 |
| County | MONTGOMERY CNTY |

## Additional State Information

OLD #: -:NONE- EXPIRED: N/A EWT
PREV TTL: JUR FL TTL # 144434618 ISSUE 10/20/2021
PREV OWN BAYWAY CADILLAC OF THE W THE WOODLAN TX
PLATE AGE: 2 LAST ACTIVITY 08/03/2024 RLSAUT OFC: 297
REMARKS
ACTUAL MILEAGE
DATE OF ASSIGNMENT:2024/07/03
E-;TITLE
FUEL TYPE: GAS
DTLRPTVER:TXVR202508220839

**End of report**

| | | |
|---|---|---|
| | | insrepv1-9(2016) |

compass Driving Records

*Home of the "Smart MVR" ™*

PO Box 100, Woodlyn, PA 19094
Tel: 866.454.3238 • www.IMVRS.com

**TX Online Vehicle Report** **Order Date: 8/26/2026**

| | | | |
|---|---|---|---|
| Ordered for: | [redacted] | Reference: | [redacted] |
| VIN Searched: | 1GBSCLED7MR297495 | VIN: | 1GBSCLED7MR297495 |
| Plate Searched: | | Plate: | VMP2709 |
| Title Searched: | | Title#: | 17035745496250009 |
| Searched on: | 8/26/2026 | | |
| Control #: | 53185124 | | |

## Vehicle Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2021 | Make/Model: | CHEV/ TAH | Body: | LL | Vin: | 1GBSCLED7MR297495 |
| Color: | WHITE | Mot Power: | | Veh Type: | PASS-;TRK | Plate: | VMP2709 |
| VLF Class: | | UL Wt/Axels: | 5200 | GVW: | 5200 | Plate Type: | PASSENGER-;TRUCK |
| Asterisk Yr: | | Title Issued: | 08/02/2024 | Reg Issued: | 07/25/2024 | Title Num: | 17035745496250009 |
| Odometer: | 46958 | Purchase Price: | 46551 | Total Fee: | 74.00 | Reg Expires: | 06/30/2025 |
| First Sold: | | Purchase Date: | | Last Tran: | 08/02/2024 | | |



| Legal Owners | | Registered Owners | |
|---|---|---|---|
| Name: | ALLY FINANCIAL | Name: | MANUEL D ARROYO RODRIGUEZ |
| Address: | PO BOX 8102 | Address: | 3 PHILBROOK WAY |
| | COCKEYSVILLE, MD 21030 | | THE WOODLANDS, TX 77382 |
| Date: | 7/3/2024 | County | MONTGOMERY CNTY |

## Additional State Information

OLD #: -;NONE- EXPIRED: N/A EWT
PREV TTL: JUR FL TTL # 145005812 ISSUE 12/29/2023
PREV OWN BAYWAY CADILLAC OF THE W THE WOODLAN TX
PLATE AGE: 2 LAST ACTIVITY 08/02/2024 RLSAUT OFC: 297
REMARKS
ACTUAL MILEAGE
DATE OF ASSIGNMENT:2024/07/03
E-;TITLE
FUEL TYPE: GAS
DTLRPTVER:TXVR202508220839

**End of report**

| | | |
|---|---|---|
| | \| | lnsrepv1-9(2016) |

compass Driving Records

*Home of the "Smart MVR" ™*

PO Box 100, Woodlyn, PA 19094
Tel: 866.454.3238 • www.IMVRS.com

## TX Online Vehicle Report

**Order Date: 8/26/2026**

| | | | |
|---|---|---|---|
| Ordered for: | [redacted] | Reference: | [redacted] |
| VIN Searched: | 1GNSCLED2MR392114 | VIN: | 1GNSCLED2MR392114 |
| Plate Searched: | | Plate: | VMP5143 |
| Title Searched: | | Title#: | 17033245495250016 |
| Searched on: | 8/26/2026 | | |
| Control #: | 53185151 | | |

### Vehicle Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2021 | Make/Model: | CHEV/ TAH | Body: | LL | Vin: | 1GNSCLED2MR392114 |
| Color: | WHITE | Mot Power: | | Veh Type: | PASS-;TRK | Plate: | VMP5143 |
| VLF Class: | | UL Wt/Axels: | 5500 | GVW: | 5500 | Plate Type: | PASSENGER-;TRUCK |
| Asterisk Yr: | | Title Issued: | 08/01/2024 | Reg Issued: | 07/24/2024 | Title Num: | 17033245495250016 |
| Odometer: | 34554 | Purchase Price: | 46621 | Total Fee: | 74.00 | Reg Expires: | 06/30/2025 |
| First Sold: | | Purchase Date: | | Last Tran: | 08/01/2024 | | |




**Legal Owners**

| | |
|---|---|
| Name: | TRUIST BANK |
| Address: | PO BOX 315<br>WILMINGTON, OH 45177 |
| Date: | 7/3/2024 |

**Registered Owners**

| | |
|---|---|
| Name: | MANUEL ARROYO RODRIGUEZ |
| Address: | 3 PHILBROOK WAY<br>THE WOODLANDS, TX 77382 |
| County | MONTGOMERY CNTY |

### Additional State Information

OLD #: -;NONE- EXPIRED: N/A EWT
PREV TTL: JUR FL TTL # 143469288 ISSUE 07/22/2021
PREV OWN BAYWAY CADILLAC OF THE W THE WOODLAN TX
PLATE AGE: 2 LAST ACTIVITY 08/01/2024 RLSAUT OFC: 297
REMARKS
ACTUAL MILEAGE
DATE OF ASSIGNMENT:2024/07/03
E-;TITLE
FUEL TYPE: GAS
DTLRPTVER:TXVR202508220839

**End of report**

| | | |
|---|---|---|
| | \| | insrepv1-9(2016) |

compass
Driving Records

*Home of the "Smart MVR" ™*

PO Box 100, Woodlyn, PA 19094
Tel: 866.454.3238 • www.IMVRS.com

**TX Online Vehicle Report**

**Order Date: 8/26/2026**

| | | | |
|---|---|---|---|
| Ordered for: | [redacted] | Reference: | [redacted] |
| VIN Searched: | SALKPBFU6PA054040 | VIN: | SALKPBFU6PA054040 |
| Plate Searched: | | Plate: | VDD9844 |
| Title Searched: | | Title#: | 17033445425250001 |
| Searched on: | 8/26/2026 | | |
| Control #: | 53185076 | | |

## Vehicle Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2023 | Make/Model: | LNDR/ RAN | Body: | LL | Vin: | SALKPBFU6PA054040 |
| Color: | GREEN | Mot Power: | | Veh Type: | PASS-;TRK | Plate: | VDD9844 |
| VLF Class: | | UL Wt/Axels: | 5700 | GVW: | 5700 | Plate Type: | PASSENGER-;TRUCK |
| Asterisk Yr: | | Title Issued: | 05/23/2024 | Reg Issued: | 05/15/2024 | Title Num: | 17033445425250001 |
| Odometer: | 29755 | Purchase Price: | 127651 | Total Fee: | 74.00 | Reg Expires: | 04/30/2025 |
| First Sold: | | Purchase Date: | | Last Tran: | 05/23/2024 | | |

EXPIRED

**Legal Owners**

| | |
|---|---|
| Name: | BANK OF AMERICA |
| Address: | PO BOX 2759<br>JACKSONVILLE, FL 32203 |
| Date: | 4/13/2024 |

**Registered Owners**

| | |
|---|---|
| Name: | MANUEL D ARROYO RODRIGUEZ |
| Address: | 3 PHILBROOK WAY<br>THE WOODLANDS, TX 77382 |
| County | MONTGOMERY CNTY |

## Additional State Information

OLD #: OMC06 EXPIRED: AR/2025
PREV TTL: JUR TX TTL # 28695345406005244 ISSUE 04/27/2024
PREV OWN BAYWAY CADILLAC OF THE W THE WOODLAN TX
PLATE AGE: 2 LAST ACTIVITY 05/23/2024 RLSAUT OFC: 297
REMARKS
    ACTUAL MILEAGE
    DATE OF ASSIGNMENT:2024/04/13
    E-;TITLE
    FUEL TYPE: GAS
DTLRPTVER:TXVR202508220839

**End of report**

| | | |
|---|---|---|
| | \| | insrepv1-9(2016) |

compass Driving Records

*Home of the "Smart MVR" ™*

PO Box 100, Woodlyn, PA 19094
Tel: 866.454.3238 • www.IMVRS.com

**TX Online Vehicle Report**

**Order Date: 8/26/2026**

| | | | |
|---|---|---|---|
| Ordered for: | [redacted] | Reference: | [redacted] |
| VIN Searched: | 1GYS3LKL5MR220383 | VIN: | 1GYS3LKL5MR220383 |
| Plate Searched: | | Plate: | TZY3582 |
| Title Searched: | | Title#: | 17033245364250045 |
| Searched on: | 8/26/2026 | | |
| Control #: | 53185033 | | |

## Vehicle Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2021 | Make/Model: | CADI/ ESC | Body: | LL | Vin: | 1GYS3LKL5MR220383 |
| Color: | GRAY | Mot Power: | | Veh Type: | PASS-;TRK | Plate: | TZY3582 |
| VLF Class: | | UL Wt/Axels: | 6000 | GVW: | 6000 | Plate Type: | PASSENGER-;TRUCK |
| Asterisk Yr: | | Title Issued: | 03/23/2024 | Reg Issued: | 03/15/2024 | Title Num: | 17033245364250045 |
| Odometer: | 18542 | Purchase Price: | 58664 | Total Fee: | | Reg Expires: | 02/28/2025 |
| First Sold: | | Purchase Date: | | Last Tran: | 03/23/2024 | | |



**Legal Owners**

| | |
|---|---|
| Name: | BANK OF AMERICA |
| Address: | PO BOX 2759<br>JACKSONVILLE, FL 32203 |
| Date: | 2/22/2024 |

**Registered Owners**

| | |
|---|---|
| Name: | MANUEL D ARROYO RODRIGUEZ |
| Address: | 3 PHILBROOK WAY<br>THE WOODLANDS, TX 77382 |
| County | MONTGOMERY CNTY |

## Additional State Information

OLD #: -;NONE- EXPIRED: N/A EWT
PREV TTL: JUR FL TTL # 140876164 ISSUE 01/18/2021
PREV OWN BAYWAY CADILLAC OF THE W THE WOODLAN TX
PLATE AGE: 2 LAST ACTIVITY 03/23/2024 RLSAUT OFC: 297
REMARKS
 ACTUAL MILEAGE
 DATE OF ASSIGNMENT:2024/02/29
 E-;TITLE
 FUEL TYPE: GAS
DTLRPTVER:TXVR202508220839

**End of report**

| | | |
|---|---|---|
| | | insrepv1-9(2016) |

compass Driving Records

*Home of the "Smart MVR" ™*

PO Box 100, Woodlyn, PA 19094
Tel: 866.454.3238 • www.IMVRS.com

## TX Online Vehicle Report

**Order Date: 8/26/2026**

Ordered for: [redacted]
VIN Searched: 1GYS3KKLONR309063
Plate Searched:
Title Searched:
Searched on: 8/26/2026
Control #: 53185186

Reference: [redacted]
VIN: 1GYS3KKL0NR309063
Plate: SCX9000
Title#: 17025344843250014

### Vehicle Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2022 | Make/Model: | CADI/ ESC | Body: | LL | Vin: | 1GYS3KKL0NR309063 |
| Color: | WHITE | Mot Power: | | Veh Type: | PASS-;TRK | Plate: | SCX9000 |
| VLF Class: | | UL Wt/Axels: | 5900 | GVW: | 5900 | Plate Type: | PASSENGER-;TRUCK |
| Asterisk Yr: | | Title Issued: | 10/19/2022 | Reg Issued: | 10/02/2023 | Title Num: | 17025344843250014 |
| Odometer: | 1156 | Purchase Price: | 104030 | Total Fee: | 73.00 | Reg Expires: | 09/30/2024 |
| First Sold: | | Purchase Date: | | Last Tran: | 10/07/2023 | | |




### Legal Owners

Name: GM FINANCIAL
Address: PO BOX 1510
COCKEYSVILLE, MD 21030
Date: 9/29/2022

### Registered Owners

Name: MANUEL D ARROYO RODRIGUEZ
Address: 3 PHILBROOK WAY
THE WOODLANDS, TX 77382
County MONTGOMERY CNTY

### Additional State Information

OLD #: SCX9000 EXPIRED: SEP/2023
PREV TTL: JUR TX TTL # 17037644733250005 ISSUE 07/01/2022
PREV OWN BAYWAY CADILLAC OF THE W THE WOODLAN TX
RNWL RCP MANUEL ARROYO,3 PHILBROOK WAY,,THE WOODLANDS,TX,77382
PLATE AGE: 3 LAST ACTIVITY 10/07/2023 TRENEW OFC: 170
REMARKS
ACTUAL MILEAGE
DATE OF ASSIGNMENT:2022/09/29
E-;TITLE
FUEL TYPE: GAS
DTLRPTVER:TXVR202508220839

**End of report**

| | | |
|---|---|---|
| | | insrepv1-9(2016) |

compass Driving Records

*Home of the "Smart MVR" ™*

PO Box 100, Woodlyn, PA 19094
Tel: 866.454.3238 • www.IMVRS.com

**TX Online Vehicle Report**

**Order Date: 8/26/2026**

| | | | |
|---|---|---|---|
| Ordered for: | [redacted] | Reference: | [redacted] |
| VIN Searched: | WDBRF52H86A892103 | VIN: | WDBRF52H86A892103 |
| Plate Searched: | | Plate: | 839LWM |
| Title Searched: | | Title#: | 17031239865152217 |
| Searched on: | 8/26/2026 | | |
| Control #: | 53185225 | | |

## Vehicle Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2006 | Make/Model: | MERZ/ C20 | Body: | 4D | Vin: | WDBRF52H86A892103 |
| Color: | BLACK | Mot Power: | | Veh Type: | PASS | Plate: | 839LWM |
| VLF Class: | | UL Wt/Axels: | 3500 | GVW: | 3500 | Plate Type: | PASSENGER-;TRUCK |
| Asterisk Yr: | | Title Issued: | 03/04/2009 | Reg Issued: | 03/13/2012 | Title Num: | 17031239865152217 |
| Odometer: | 29360 | Purchase Price: | 16812 | Total Fee: | 188.00 | Reg Expires: | 05/31/2015 |
| First Sold: | | Purchase Date: | | Last Tran: | 02/12/2018 | | |




**Legal Owners**

None Reported

**Registered Owners**

| | |
|---|---|
| Name: | MANUEL ARROYO |
| Address: | 87 LAKESIDE GREEN<br>THE WOODLANDS, TX 77382 |
| County | MONTGOMERY CNTY |

## Additional State Information

OLD #: 839LWM EXPIRED: Y/2012 E
PREV OWN ALFONSO SUMANO HOUSTON TX
RNWL RCP MANUEL ARROYO,87 LAKESIDE GREEN,,THE WOODLANDS,TX,77382
PLATE AGE: 20 LAST ACTIVITY 02/12/2018 IRENEW OFC: 286
REMARKS
ACTUAL MILEAGE
TITLE SURRENDERED TO: FL ON 2016/03/29
DATE OF ASSIGNMENT:2009/02/23
E-;REMINDER
PAPER TITLE
FUEL TYPE: GAS
DTLRPTVER:TXVR202508220839

**End of report**

| | | |
|---|---|---|
| | \| | insrepv1-9(2016) |