# EXHIBIT B

DRNsights FOR INSURANCE

Vehicle Sighting Search
Monitoring
Report Locker

Help Center

Dashboard > Vehicle Sighting Search > Record #5172578

1 of 10 Records

## Vehicle Sighting Search Results

Monitoring

PLATE / STATE
84AAZM (FL)

VIN
SLATV8C07MU207676

YEAR / MAKE / MODEL
2021 ROLLS-ROYCE BLACK BADGE CULLINAN

Aug 22, 2023 – Aug 21, 2026

LOCATIONS
4

SIGHTINGS
4

LAST SEEN
04/06/26 11:24 pm

Filter results

Export as CSV

Run Report

| Image | Plate | Location | Sightings | Total LPR Visits | % Seen/Visit | First Seen | Last Seen | Location Score | Time Most Seen |
|---|---|---|---|---|---|---|---|---|---|
|  |  | 6801 Woodlands Parkway<br>Spring, TX 77382 | 1 | 722 | 0.1% | 04/06/2026<br>11:24:51 PM | 04/06/2026<br>11:24:51 PM | 0 0 1 0<br>08/21/26 | NIGHT |
|  |  | 17231 Northwest 47th Avenue<br>Opa Locka, FL 33055 | 1 | 981 | 0.1% | 06/24/2025<br>3:04:38 PM | 06/24/2025<br>3:04:38 PM | 0 0 0 1<br>08/21/26 | DAY |
|  |  | 605 East Sunrise Boulevard<br>Fort Lauderdale, FL 33304 | 1 | 967 | 0.1% | 08/07/2024<br>2:34:06 PM | 08/07/2024<br>2:34:06 PM | 0 0 0 1<br>08/21/26 | DAY |
|  |  | 3601 Bird Road<br>Miami, FL 33133 | 1 | 1,040 | 0.1% | 03/07/2024<br>6:46:06 PM | 03/07/2024<br>6:46:06 PM | 0 0 0 1<br>08/21/26 | DAY |

Showing 1 to 4 of 4 results

Per page 15


DRN
ED
Dashboard > Vehicle Sighting Search > Record #5212889
4 of 9 Records
Vehicle Sighting Search Results
Monitoring
PLATE / STATE
VMP2765 (TX)
VIN
1GNSCLED0NR250958
YEAR / MAKE / MODEL
2022 CHEVROLET TAHOE
Aug 27, 2023 – Aug 26, 2026
LOCATIONS
1
SIGHTINGS
1
LAST SEEN
03/07/25 02:40 am
Filter results
Export as CSV
Run Report
nage
Plate
Location
Sightings
Total LPR Visits
% Seen/Visit
First Seen
Last Seen
Location Score
3333 East Pres George Bush Highwaywb
Plano, TX 75074
1
1,032
0.1%
03/07/2025 2:40:44 AM
03/07/2025 2:40:44 AM
0 0 0 1
08/26/26
Showing 1 to 1 of 1 results
Per page
15


DRNsights
FOR INSURANCE
Vehicle Sighting Search
Monitoring
Report Locker
Help Center
© 2026 Digital Recognition Network
All Rights Reserved
ED
Dashboard > Vehicle Sighting Search > Record #5212817
1 of 5 Records
Vehicle Sighting Search Results
Monitoring
PLATE / STATE
VMP2709 (TX)
VIN
1GBSCLED7MR297495
YEAR / MAKE / MODEL
2021 CHEVROLET TAHOE
Aug 27, 2023 – Aug 26, 2026
LOCATIONS
1
SIGHTINGS
1
LAST SEEN
03/19/25 06:27 pm
Filter results
Export as CSV
Run Report
Plate
Location
Sightings
Total LPR Visits
% Seen/Visit
First Seen
Last Seen
Location Score
Time Most Seen
123 Nimitz Street
Venus, TX 76084
1
423
0.2%
03/19/2025 6:27:18 PM
03/19/2025 6:27:18 PM
0 0 0 1
08/26/26
DAY
Showing 1 to 1 of 1 results
Per page
15

DRN

ED

Dashboard > Vehicle Sighting Search > Record #5212943

3 of 9 Records

# Vehicle Sighting Search Results

Monitoring

PLATE / STATE
VMP5143 (TX)

VIN
1GNSCLED2MR392114

YEAR / MAKE / MODEL
2021 CHEVROLET TAHOE

Aug 27, 2023 – Aug 26, 2026

LOCATIONS
1

SIGHTINGS
1

LAST SEEN
02/19/25 12:58 pm

Filter results

Export as CSV

Run Report

| Image | Plate | Location | Sightings | Total LPR Visits | % Seen/Visit | First Seen | Last Seen | Location Score | Time Most Seen |
|---|---|---|---|---|---|---|---|---|---|
| | | 19189 Interstate 45 South<br>Conroe, TX 77385 | 1 | 1,079 | 0.1% | 02/19/2025 12:58:47 PM | 02/19/2025 12:58:47 PM | 0 0 0 1<br>08/26/26 | DAY |

Showing 1 to 1 of 1 results

Per page 15

DRN

ED

Dashboard > Vehicle Sighting Search > Record #5212998

2 of 9 Records

# Vehicle Sighting Search Results

Monitoring

PLATE / STATE
VDD9844 (TX)

VIN
SALKPBFU6PA054040

YEAR / MAKE / MODEL
2023 LAND ROVER RANGE ROVER

Aug 27, 2023 – Aug 26, 2026

LOCATIONS
3

SIGHTINGS
3

LAST SEEN
10/29/25 07:03 pm

Filter results

Export as CSV

Run Report

| Image | Plate | Location | Sightings | Total LPR Visits | % Seen/Visit | First Seen | Last Seen | Location Score | Time Most Seen |
|---|---|---|---|---|---|---|---|---|---|
| | | 21559 Market Place Drive<br>New Caney, TX 77357 | 1 | 1,073 | 0.1% | 10/29/2025 7:03:04 PM | 10/29/2025 7:03:04 PM | 0 0 0 1<br>08/26/26 | DAY |
| | | 609 Main Street<br>Pasadena, TX 77506 | 1 | 964 | 0.1% | 06/11/2025 7:46:50 AM | 06/11/2025 7:46:50 AM | 0 0 0 1<br>08/26/26 | DAY |
| | | 6601 Bluebonnet Drive<br>Rowlett, TX 75089 | 1 | 507 | 0.2% | 03/27/2025 11:55:33 PM | 03/27/2025 11:55:33 PM | 0 0 0 1<br>08/26/26 | NIGHT |

Showing 1 to 3 of 3 results

Per page 15

DRN

ED

Dashboard > Vehicle Sighting Search > Record #5213039

1 of 9 Records

# Vehicle Sighting Search Results

Monitoring

PLATE / STATE
SCX9000 (TX)

VIN
1GYS3KKL0NR309063

YEAR / MAKE / MODEL
2022 CADILLAC ESCALADE ESV

Aug 27, 2023 – Aug 26, 2026

LOCATIONS
2

SIGHTINGS
2

LAST SEEN
02/19/24 11:51 pm

Filter results

Export as CSV

Run Report

| Image | Plate | Location | Sightings | Total LPR Visits | % Seen/Visit | First Seen | Last Seen | Location Score | Time Most Seen |
|---|---|---|---|---|---|---|---|---|---|
|  | [redacted] | **3318 Jose C Santos Dr** Laredo, TX 78046 | 1 | 658 | 0.2% | 02/19/2024 11:51:26 PM | 02/19/2024 11:51:26 PM | 0 0 0 1 08/26/26 | NIGHT |
|  | [redacted] | **2001 Polk Street** Houston, TX 77003 | 1 | 1,085 | 0.1% | 10/03/2023 9:29:39 PM | 10/03/2023 9:29:39 PM | 0 0 0 1 08/26/26 | DAY |

Showing 1 to 2 of 2 results

Per page 15

?