# EXHIBIT C

MILENIUM AIR SERVICIOS AEREOS INTEGRADOS, S.A. de C.V., d/b/a MILLENNIUM AIR
APPLICATION FOR EXEMPTION

EXHIBIT A

OWNERSHIP
of
MILENIUM AIR SERVICIOS AEREOS INTEGRADOS, S.A. de C.V.

| SHAREHOLDER | CITIZENSHIP | SHARES | PERCENTAGE |
|---|---|---|---|
| Comtelsat,, S.A. de C.V. | Mexican | 99,999 | 99.999% |
| Aeroservicios Especializados, Armon, S.A. de C.V. | Mexican | 1.0 | 0.001% |
| TOTAL | | 100,000 | 100 % |

OWNERSHIP
of
COMTELSAT, S.A. de C.V.

| SHAREHOLDER | CITIZENSHIP | SHARES | PERCENTAGE |
|---|---|---|---|
| Grupo Lauman Holding, S. de R.L. de C.V. | Mexican | 9,900 | 99.9% |
| Manuel de Jesus Arroyo Ramirez | Mexican | 100 | .1 % |
| TOTAL | | 10,000 | 100 % |

OWNERSHIP
of
GRUPO LAUMAN HOLDING, S. de R.L. de C.V.

| SHAREHOLDER | CITIZENSHIP | SHARES | PERCENTAGE |
|---|---|---|---|
| Manuel de Jesus Arroyo Ramirez | Mexican | Equity shareholder | 99% |