# APPENDIX D - XA-LAU Flight Data (JetSpy)

| Date | Flight Time | Departure | Departure Time | Arrival | Arrival Time |
|---|---|---|---|---|---|
| 8/23/2026 | 00h 32m | Airport N/A – 1.7 mi from Texca, Mexico | 12:11 PM CST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 12:43 PM CST |
| 8/23/2026 | 00h 29m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 11:25 AM CST | Airport N/A – 5.7 mi from Cajelitos, Mexico | 11:55 AM CST |
| 8/16/2026 | 03h 03m | Brown Field Municipal Airport (KSDM), San Diego, California, US | 03:32 PM PDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 07:36 PM CST |
| 8/16/2026 | 03h 23m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 11:53 AM CST | Brown Field Municipal Airport (KSDM), San Diego, California, US | 02:17 PM PDT |
| 8/14/2026 | 03h 00m | Airport N/A – (6.404, -84.719) | 11:23 AM -06 | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 02:23 PM CST |
| 8/13/2026 | 01h 22m | Airport N/A – 13.0 mi from Sayán, Peru | 06:33 PM -05 | Airport N/A – 28.5 mi from Macas, Ecuador | 07:55 PM -05 |
| 8/13/2026 | 04h 50m | Carrasco International / General C L Berisso Airport (SUMU), Montevideo, Uruguay | 08:47 AM -03 | Airport N/A – 11.4 mi from Asia, Peru | 11:38 AM -05 |
| 8/12/2026 | 00h 28m | Ministro Pistarini International Airport (SAEZ), Ezeiza, Argentina | 03:10 PM -03 | Carrasco International / General C L Berisso Airport (SUMU), Montevideo, Uruguay | 03:38 PM -03 |
| 8/11/2026 | 03h 37m | Airport N/A – (-10.311, -59.043) | 03:53 PM -04 | Ministro Pistarini International Airport (SAEZ), Ezeiza, Argentina | 08:30 PM -03 |
| 8/11/2026 | 00h 11m | El Dorado International Airport (SKBO), Bogotá, Colombia | 09:51 AM -05 | Airport N/A – 2.7 mi from Guayabetal, Colombia | 10:02 AM -05 |
| 8/10/2026 | 04h 00m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 06:59 AM CST | Airport N/A – 2.7 mi from Anserma, Colombia | 11:59 AM -05 |
| 8/8/2026 | 00h 59m | Licenciado Gustavo Diaz Ordaz International Airport (MMPR), Puerto Vallarta, Mexico | 02:13 PM CST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 03:12 PM CST |
| 8/8/2026 | 00h 59m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 10:53 AM CST | Licenciado Gustavo Diaz Ordaz International Airport (MMPR), Puerto Vallarta, Mexico | 11:53 AM CST |
| 8/4/2026 | 01h 55m | Cozumel International Airport (MMCZ), Cozumel, Mexico | 09:36 PM EST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 10:31 PM CST |
| 8/4/2026 | 02h 40m | Las Americas International Airport (MDSD), Santo Domingo, Dominican Republic | 07:11 PM AST | Cozumel International Airport (MMCZ), Cozumel, Mexico | 08:51 PM EST |
| 8/4/2026 | 02h 04m | Airport N/A – 2.0 mi from La Mesa, Panama | 11:08 AM EST | Las Americas International Airport (MDSD), Santo Domingo, Dominican Republic | 02:12 PM AST |
| 8/3/2026 | 00h 53m | Juan Santamaria International Airport (MROC), San José, Costa Rica | 08:02 PM CST | Tocumen International Airport (MPTO), Tocumen, Panama | 09:56 PM EST |
| 8/3/2026 | 01h 14m | La Aurora Airport (MGGT), Guatemala City, Guatemala | 01:23 PM CST | Juan Santamaria International Airport (MROC), San José, Costa Rica | 02:38 PM CST |
| 8/3/2026 | 01h 38m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 08:05 AM CST | La Aurora Airport (MGGT), Guatemala City, Guatemala | 09:44 AM CST |
| 7/28/2026 | 01h 19m | General Lucio Blanco International Airport (MMRX), Reynosa, Mexico | 02:58 PM CDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 03:18 PM CST |
| 7/28/2026 | 01h 16m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 09:41 AM CST | General Lucio Blanco International Airport (MMRX), Reynosa, Mexico | 11:57 AM CDT |

| | | | | | |
|---|---|---|---|---|---|
| 7/26/2026 | 05h 12m | General Edward Lawrence Logan International Airport (KBOS), Boston, Massachusetts, US | 01:52 PM EDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 05:05 PM CST |
| 7/25/2026 | 05h 09m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 10:19 AM CST | General Edward Lawrence Logan International Airport (KBOS), Boston, Massachusetts, US | 05:28 PM EDT |
| 7/20/2026 | 04h 57m | General Edward Lawrence Logan International Airport (KBOS), Boston, Massachusetts, US | 01:45 PM EDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 04:43 PM CST |
| 7/19/2026 | 05h 11m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 11:05 AM CST | General Edward Lawrence Logan International Airport (KBOS), Boston, Massachusetts, US | 06:16 PM EDT |
| 7/18/2026 | 05h 14m | Westchester County Airport (KHPN), White Plains, New York, US | 10:44 PM EDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 01:58 AM CST |
| 7/17/2026 | 05h 12m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 10:35 AM CST | Westchester County Airport (KHPN), White Plains, New York, US | 05:47 PM EDT |
| 7/15/2026 | 00h 44m | Don Miguel Hidalgo Y Costilla International Airport (MMGL), Guadalajara, Mexico | 08:24 PM CST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 09:08 PM CST |
| 7/15/2026 | 00h 43m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 10:34 AM CST | Don Miguel Hidalgo Y Costilla International Airport (MMGL), Guadalajara, Mexico | 11:17 AM CST |
| 7/12/2026 | 03h 03m | Kansas City International Airport (KMCI), Kansas City, Missouri, US | 10:52 AM CDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 12:56 PM CST |
| 7/11/2026 | 02h 58m | Westchester County Airport (KHPN), White Plains, New York, US | 07:15 PM EDT | Kansas City International Airport (KMCI), Kansas City, Missouri, US | 09:13 PM CDT |
| 7/11/2026 | 05h 06m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 10:32 AM CST | Westchester County Airport (KHPN), White Plains, New York, US | 05:38 PM EDT |
| 7/10/2026 | 03h 11m | Kansas City International Airport (KMCI), Kansas City, Missouri, US | 07:29 PM CDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 09:41 PM CST |
| 7/10/2026 | 03h 21m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 11:47 AM CST | Kansas City International Airport (KMCI), Kansas City, Missouri, US | 04:08 PM CDT |
| 7/6/2026 | 01h 56m | Conroe/North Houston Regional Airport (KCXO), Houston, Texas, US | 03:56 PM CDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 04:52 PM CST |
| 7/6/2026 | 03h 27m | Westchester County Airport (KHPN), White Plains, New York, US | 11:40 AM EDT | Conroe/North Houston Regional Airport (KCXO), Houston, Texas, US | 02:08 PM CDT |
| 7/4/2026 | 05h 02m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 11:29 AM CST | Westchester County Airport (KHPN), White Plains, New York, US | 06:31 PM EDT |
| 7/1/2026 | 02h 57m | Brown Field Municipal Airport (KSDM), San Diego, California, US | 07:08 PM PDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 11:05 PM CST |
| 7/1/2026 | 03h 45m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 12:54 PM CST | Brown Field Municipal Airport (KSDM), San Diego, California, US | 03:40 PM PDT |
| 6/29/2026 | 03h 53m | Airport N/A – 1.6 mi from Los Lotes, Panama | 07:24 PM EST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 10:17 PM CST |
| 6/26/2026 | 03h 30m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 01:01 PM CST | Airport N/A – 2.7 mi from Juan Díaz, Panama | 05:31 PM EST |
| 6/22/2026 | 00h 34m | Airport N/A – 1.7 mi from El Jaralito, Mexico | 01:50 PM CST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 02:25 PM CST |
| 6/22/2026 | 00h 42m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 09:34 AM CST | Airport N/A – 2.0 mi from El Peñasco, Mexico | 10:16 AM CST |
| 6/21/2026 | 01h 52m | Conroe/North Houston Regional Airport (KCXO), Houston, Texas, US | 08:17 PM CDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 09:10 PM CST |

| | | | | | |
|---|---|---|---|---|---|
| 6/21/2026 | 02h 12m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 03:53 PM CST | Conroe/North Houston Regional Airport (KCXO), Houston, Texas, US | 07:05 PM CDT |
| 6/21/2026 | 00h 32m | Airport N/A – 5.8 mi from Kilómetro 40, Mexico | 11:41 AM CST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 12:14 PM CST |
| 6/20/2026 | 00h 27m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 12:47 PM CST | Airport N/A – 5.0 mi from Julián Blanco (Dos Caminos), Mexico | 01:14 PM CST |
| 6/19/2026 | 03h 27m | Santa Barbara Municipal Airport (KSBA), Santa Barbara, California, US | 11:10 AM PDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 03:37 PM CST |
| 6/18/2026 | 03h 41m | Brownsville South Padre Island International Airport (KBRO), Brownsville, Texas, US | 07:03 PM CDT | Santa Barbara Municipal Airport (KSBA), Santa Barbara, California, US | 08:45 PM PDT |
| 6/18/2026 | 01h 59m | Cancun International Airport (MMUN), Cancun, Mexico | 04:08 PM EST | Brownsville South Padre Island International Airport (KBRO), Brownsville, Texas, US | 06:07 PM CDT |
| 6/18/2026 | 02h 16m | Airport N/A – 0.8 mi from San Lorenzo Huehuetitlán, Mexico | 10:48 AM CST | Cancun International Airport (MMUN), Cancun, Mexico | 02:04 PM EST |
| 6/15/2026 | 01h 37m | Airport N/A – 14.2 mi from Tulum, Mexico | 02:16 PM EST | Airport N/A – 2.7 mi from San Sebastián Buenos Aires, Mexico | 02:54 PM CST |
| 6/15/2026 | 01h 47m | Airport N/A – 0.5 mi from San Lorenzo Huehuetitlán, Mexico | 09:56 AM CST | Airport N/A – 17.4 mi from Coba, Mexico | 12:44 PM EST |
| 6/13/2026 | 03h 11m | Harry Reid International Airport (KLAS), Las Vegas, Nevada, US | 02:44 PM PDT | Airport N/A – 2.7 mi from Coroneo, Mexico | 06:55 PM CST |
| 6/7/2026 | 03h 05m | San Diego International Airport (KSAN), San Diego, California, US | 04:09 PM PDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 08:14 PM CST |
| 6/7/2026 | 04h 40m | Cancun International Airport (MMUN), Cancun, Mexico | 11:18 AM EST | San Diego International Airport (KSAN), San Diego, California, US | 01:59 PM PDT |
| 6/6/2026 | 04h 34m | Santa Barbara Municipal Airport (KSBA), Santa Barbara, California, US | 01:27 PM PDT | Cancun International Airport (MMUN), Cancun, Mexico | 08:01 PM EST |
| 6/6/2026 | 00h 47m | San Diego International Airport (KSAN), San Diego, California, US | 11:04 AM PDT | Santa Barbara Municipal Airport (KSBA), Santa Barbara, California, US | 11:51 AM PDT |
| 6/5/2026 | 03h 32m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 04:31 PM CST | San Diego International Airport (KSAN), San Diego, California, US | 07:04 PM PDT |
| 6/2/2026 | 01h 07m | General Mariano Escobedo International Airport (MMMY), Monterrey, Mexico | 05:52 PM CST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 06:59 PM CST |
| 6/2/2026 | 04h 34m | Rhode Island TF Green International Airport (KPVD), Providence, Rhode Island, US | 02:01 PM EDT | General Mariano Escobedo International Airport (MMMY), Monterrey, Mexico | 04:36 PM CST |
| 6/1/2026 | 03h 21m | William P Hobby Airport (KHOU), Houston, Texas, US | 09:18 PM CDT | Rhode Island TF Green International Airport (KPVD), Providence, Rhode Island, US | 01:39 AM EDT |
| 6/1/2026 | 01h 47m | General Heriberto Jara International Airport (MMVR), Veracruz, Mexico | 05:13 PM CST | William P Hobby Airport (KHOU), Houston, Texas, US | 08:01 PM CDT |
| 6/1/2026 | 04h 53m | Teterboro Airport (KTEB), Teterboro, New Jersey, US | 12:40 PM EDT | General Heriberto Jara International Airport (MMVR), Veracruz, Mexico | 03:33 PM CST |
| 5/31/2026 | 00h 48m | Rhode Island TF Green International Airport (KPVD), Providence, Rhode Island, US | 10:26 AM EDT | Teterboro Airport (KTEB), Teterboro, New Jersey, US | 11:14 AM EDT |
| 5/28/2026 | 04h 55m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 10:32 AM CST | Rhode Island TF Green International Airport (KPVD), Providence, Rhode Island, US | 05:28 PM EDT |
| 5/24/2026 | 01h 46m | Austin Bergstrom International Airport (KAUS), Austin, Texas, US | 02:04 PM CDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 02:51 PM CST |

| | | | | | |
|---|---|---|---|---|---|
| 5/24/2026 | 02h 04m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 10:06 AM CST | Austin Bergstrom International Airport (KAUS), Austin, Texas, US | 01:10 PM CDT |
| 5/23/2026 | 00h 30m | Airport N/A – 3.4 mi from Ocotillo, Mexico | 08:50 PM CST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 09:20 PM CST |
| 5/23/2026 | 00h 28m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 07:54 AM CST | Airport N/A – 6.5 mi from Mohoneras, Mexico | 08:22 AM CST |
| 5/22/2026 | 01h 55m | Austin Bergstrom International Airport (KAUS), Austin, Texas, US | 02:15 PM CDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 03:11 PM CST |
| 5/22/2026 | 00h 41m | Laredo International Airport (KLRD), Laredo, Texas, US | 11:59 AM CDT | Austin Bergstrom International Airport (KAUS), Austin, Texas, US | 12:40 PM CDT |
| 5/22/2026 | 01h 42m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 08:30 AM CST | Laredo International Airport (KLRD), Laredo, Texas, US | 11:13 AM CDT |
| 5/18/2026 | 01h 32m | Los Cabos International Airport (MMSD), San Jose del Cabo, Mexico | 08:54 PM MST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 11:27 PM CST |
| 5/14/2026 | 01h 42m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 02:36 PM CST | Airport N/A – 11.0 mi from Miraflores, Mexico | 03:19 PM MST |
| 5/13/2026 | 00h 42m | General Heriberto Jara International Airport (MMVR), Veracruz, Mexico | 05:08 PM CST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 05:51 PM CST |
| 5/13/2026 | 00h 43m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 03:37 PM CST | General Heriberto Jara International Airport (MMVR), Veracruz, Mexico | 04:20 PM CST |
| 5/11/2026 | 00h 44m | Airport N/A – 4.8 mi from La Isla, Mexico | 07:10 PM CST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 07:54 PM CST |
| 5/11/2026 | 00h 58m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 10:17 AM CST | Airport N/A – 1.8 mi from Pechucalco, Mexico | 11:15 AM CST |
| 5/10/2026 | 02h 55m | General Rodolfo Sanchez Taboada International Airport (MMML), Mexicali, Mexico | 02:40 PM PDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 06:36 PM CST |
| 5/8/2026 | 03h 06m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 04:56 PM CST | General Rodolfo Sanchez Taboada International Airport (MMML), Mexicali, Mexico | 07:02 PM PDT |
| 5/6/2026 | 02h 03m | Cancun International Airport (MMUN), Cancun, Mexico | 08:44 PM EST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 09:47 PM CST |
| 5/3/2026 | 01h 56m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 08:39 PM CST | Cancun International Airport (MMUN), Cancun, Mexico | 11:35 PM EST |
| 5/2/2026 | 04h 22m | Yeager Airport (KCRW), Charleston, West Virginia, US | 06:24 PM EDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 08:47 PM CST |
| 5/2/2026 | 02h 08m | Fort Lauderdale Hollywood International Airport (KFLL), Fort Lauderdale, Florida, US | 03:06 PM EDT | Yeager Airport (KCRW), Charleston, West Virginia, US | 05:15 PM EDT |
| 5/2/2026 | 03h 07m | Airport N/A – 4.2 mi from Parham, Antigua and Barbuda | 09:25 AM AST | Fort Lauderdale Hollywood International Airport (KFLL), Fort Lauderdale, Florida, US | 12:33 PM EDT |
| 4/25/2026 | 04h 09m | Yeager Airport (KCRW), Charleston, West Virginia, US | 10:25 AM EDT | Airport N/A – 10.8 mi from Codrington, Antigua and Barbuda | 02:34 PM AST |
| 4/24/2026 | 02h 59m | Cancun International Airport (MMUN), Cancun, Mexico | 01:02 PM EST | Yeager Airport (KCRW), Charleston, West Virginia, US | 05:01 PM EDT |
| 4/24/2026 | 00h 22m | Airport N/A – 9.5 mi from Tulum, Mexico | 07:28 AM EST | Cancun International Airport (MMUN), Cancun, Mexico | 07:50 AM EST |
| 4/23/2026 | 01h 38m | Airport N/A – 4.6 mi from San Nicolás Amealco, Mexico | 03:32 PM CST | Airport N/A – 18.9 mi from Coba, Mexico | 06:11 PM EST |
| 4/22/2026 | 03h 28m | Toncontin International Airport (MHTG), Tegucigalpa, Honduras | 07:39 PM CST | Airport N/A – 0.8 mi from Ejido Loma de Malacota, Mexico | 11:07 PM CST |

| | | | | | |
|---|---|---|---|---|---|
| 4/22/2026 | 02h 06m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 06:43 AM CST | Toncontin International Airport (MHTG), Tegucigalpa, Honduras | 08:50 AM CST |
| 4/13/2026 | 03h 10m | Jacqueline Cochran Regional Airport (KTRM), Palm Springs, California, US | 01:28 PM PDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 05:39 PM CST |
| 4/13/2026 | 00h 33m | Brown Field Municipal Airport (KSDM), San Diego, California, US | 10:50 AM PDT | Jacqueline Cochran Regional Airport (KTRM), Palm Springs, California, US | 11:24 AM PDT |
| 4/13/2026 | 03h 33m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 07:31 AM CST | Brown Field Municipal Airport (KSDM), San Diego, California, US | 10:05 AM PDT |
| 4/12/2026 | 03h 02m | San Diego International Airport (KSAN), San Diego, California, US | 05:18 PM PDT | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 09:20 PM CST |
| 4/7/2026 | 03h 20m | Conroe/North Houston Regional Airport (KCXO), Houston, Texas, US | 02:58 PM CDT | San Diego International Airport (KSAN), San Diego, California, US | 04:18 PM PDT |
| 4/7/2026 | 02h 08m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 10:19 AM CST | Conroe/North Houston Regional Airport (KCXO), Houston, Texas, US | 01:27 PM CDT |
| 4/5/2026 | 01h 18m | Airport N/A – 2.4 mi from Dos Ceibas, Mexico | 01:48 PM CST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 03:06 PM CST |
| 4/5/2026 | 00h 57m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 09:32 AM CST | Airport N/A – 16.2 mi from La Victoria, Mexico | 10:29 AM CST |
| 4/2/2026 | 02h 07m | Cancun International Airport (MMUN), Cancun, Mexico | 03:16 PM EST | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 04:24 PM CST |
| 4/1/2026 | 01h 53m | Licenciado Adolfo Lopez Mateos International Airport (MMTO), Toluca, Mexico | 09:39 AM CST | Cancun International Airport (MMUN), Cancun, Mexico | 12:33 PM EST |