UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,

Plaintiffs,

-against-

MEDIA DEPORTES MEXICO, S. de R. L. de C. V.,

Defendant.

CASE NO.: 1:25-CV-06703

**PROPOSED ORDER APPROVING FOURTH INTERIM APPLICATION OF THE RECEIVER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon the Fourth Interim Application of Mr. Robert W. Seiden, in his capacity as Court-appointed receiver (the "Receiver") for Mexico Sports Distribution, LLC ("MSD"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period from July 23, 2026 Through and Including August 22, 2026 (ECF 288) ("Application") for an order approving the allowance of compensation and reimbursement of expenses:

**ORDERED** that the Application is approved such that compensation for the services provided by the Receiver, his Mexico counsel, Hidalgo y Mendoza, S.C. ("GHM"), and his Florida counsel, Burstyn Law PLLC ("Burstyn Law") rendered between July 23, 2026 Through and Including August 22, 2026 (the "Application Period") in the amount of $36,256.83 is allowed as an interim allowance, and reimbursement of expenses advanced by the Receiver and GHM during the Application Period in the amount of $2,414.70 is allowed as an interim disbursement payment.

Case 1:25-cv-06703-JSR Document 288-2 Filed 09/01/26 Page 3 of 3

Dated: September 6, 2026

United States District Judge