UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,

Plaintiffs,

-against-

MEDIA DEPORTES MEXICO, S. de R. L. de C. V.,

Defendant.

CASE NO.: 1:25-CV-06703

**[PROPOSED] ORDER APPROVING FIFTH INTERIM APPLICATION OF THE RECEIVER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon the Fifth Interim Application of Mr. Robert W. Seiden, in his capacity as Court-appointed receiver (the "Receiver") for Mexico Sports Distribution, LLC, and Media Deportes Mexico, S. de R.L. de C.V., for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period from August 23, 2026, Through and Including September 22, 2026 (ECF ___) ("Application") for an order approving the allowance of compensation and reimbursement of expenses:

**ORDERED** that the Application is approved such that compensation for the services provided by the Receiver and his Mexico counsel, Hidalgo y Mendoza, S.C. ("GHM") rendered between August 23, 2026, Through and Including September 22, 2026 (the "Application Period") in the amount of $51,228.67, is allowed as an interim allowance, and reimbursement of expenses advanced by the Receiver and GHM during the Application Period in the amount of $3,639.04. is allowed as an interim disbursement payment.

Dated: October 2, 2026

United States District Judge