UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>MEDIA DEPORTES MEXICO, S. de R. L. de C. V.,<br><br>Defendant. | CASE NO.: 1:25-CV-06703 |

**~~[PROPOSED]~~ ORDER APPROVING FIFTH INTERIM APPLICATION OF THE RECEIVER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon the Sixth Interim Application of Mr. Robert W. Seiden, in his capacity as Court-appointed receiver (the "Receiver") for Mexico Sports Distribution, LLC, and Media Deportes Mexico, S. de R.L. de C.V., for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period from September 23, 2026 Through and Including October 22, 2026 (ECF 298) ("Application") for an order approving the allowance of compensation and reimbursement of expenses:

**ORDERED** that the Application is approved such that compensation for the services provided by the Receiver and his Mexico counsel, Hidalgo y Mendoza, S.C. ("GHM") as well as Mr. Campuzano de la Mora of Campuzano Abogados, S.C. (the "Campuzano Firm") rendered between September 23, 2026 Through and Including October 22, 2026 (the "Application Period") in the amount of $73,225.50, is allowed as an interim allowance, and reimbursement of expenses advanced by the Receiver and GHM during the Application Period in the amount of $1,710.35. is allowed as an interim disbursement payment.

Dated: November 3, 2026

United States District Judge